**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, <br> AKTIEBOLAGET HÄSSLE, <br> KBI-E, INC., KBI INC., and <br> ASTRAZENECA LP, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL, LTD., DEXXON, LTD., <br> DEXCEL PHARMA TECHNOLOGIES <br> LTD., and DEXCEL PHARMA <br> TECHNOLOGIES, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-358 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the following is a list of parent corporations and publicly held corporations that own 10% or more of the stock of plaintiffs:

For plaintiffs AstraZeneca AB, Aktiebolaget Hässle, and AstraZeneca LP: AstraZeneca PLC and Zeneca Wilmington, Inc.

For plaintiffs KBI-E, Inc. and KBI Inc.: Merck & Co., Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200
Attorneys for plaintiffs AstraZeneca AB,
Aktiebolaget Hässle, KBI-E, Inc. KBI, Inc. and
AstraZeneca LP

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY &
McCLOY LLP
1850 K Street NW
Washington, DC  20006
(202) 835-7500


May 30, 2006

522460