AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

| | |
|---|---|
| AstraZeneca AB, Aktiebolaget Hässle, KBI-E, Inc., KBI, Inc. and AstraZeneca LP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Dexcel, Ltd., Dexxon, Ltd., Dexcel Pharma Technologies, Ltd. and Dexcel Pharma Technologies )<br>)<br>Defendant. ) | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:  06-358 |

TO:   Dexcel Pharma Technologies
c/o Delaware Secretary of State
John G. Townsend Building
Federal and Duke of York Streets
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Jack B. Blumenfeld (#1014) / Karen Jacobs Louden (#2881)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    5-30-06
CLERK                                                           DATE

*(signature)*
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  5/31/06 |
| NAME OF SERVER (PRINT)  Richard Riley | TITLE  (Messenger) |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Secretary of State, Dover, Delaware

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/31/06            Richard Riley
            *Date*                    *Signature of Server*

Blue Marble Logistics, ~~Inc.~~ LLC
800 King Street
Wilmington, DE 19801

*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure