IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E, INC., KBI INC., and<br>ASTRAZENECA LP,<br><br>     Plaintiffs,<br><br>  v.<br><br>DEXCEL, LTD., DEXXON, LTD.,<br>DEXCEL PHARMA TECHNOLOGIES<br>LTD., and DEXCEL PHARMA<br>TECHNOLOGIES,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-358 (SLR) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. L. R. 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert J. Koch, Esq., Jay I. Alexander, and Enrique D. Longton, of the law firm of Milbank, Tweed, Hadley & McCloy LLP, International Square Building, 1850 K Street, N.W., Suite 1100, Washington, District of Columbia, 20006 to represent plaintiffs in these actions.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                /s/ *Karen Jacobs Louden*
                Jack B. Blumenfeld (#1014)
                Karen Jacobs Louden (#2881)
                klouden@mnat.com
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE 19899
                (302) 658-9200
                Attorneys for plaintiffs

June 8, 2006

SO ORDERED this _____ day of _____, 2006.

_____
J.

523009

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Robert J. Koch, Esq. (DC# 461907)
Milbank, Tweed, Hadley & McCloy LLP
International Square Building, Ste. 1100
1850 K Street, N.W.
Washington, DC  20006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Enrique D. Longton, Esq. (DC#484638)
Milbank, Tweed, Hadley & McCloy LLP
International Square Building, Ste. 1100
1850 K Street, N.W.
Washington, DC 20006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Jay I. Alexander, Esq. (DC#434979)
Milbank, Tweed, Hadley & McCloy LLP
International Square Building, Ste. 1100
1850 K Street, N.W.
Washington, DC 20006