IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E, INC., KBI INC., and<br>ASTRAZENECA LP,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL LTD., DEXXON LTD.,<br>DEXCEL PHARMA TECHNOLOGIES<br>LTD., and DEXCEL PHARMA<br>TECHNOLOGIES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 06-358 (SLR) |

## DECLARATION OF MAILING

Karen Jacobs Louden declares as follows:

1.     I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel to plaintiffs in this action.

2.     The Summons, Complaint, and related suit papers in this action were served on defendant Dexcel Pharma Technologies on May 31, 2006, pursuant to 10 *Del. C.* § 3104, by hand delivery on the Delaware Secretary of State, together with the statutory fee of $2.00.

3.     On June 1, 2006, I sent copies of the Summons, Complaint, and related suit papers by registered mail/return receipt requested to Dexcel Pharma Technologies, Wainwright Building, 229 West Bute Street, Suite 407, Norfolk, Virginia, 23510.  I also provided notice that service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and

purposes as if it had been made upon Dexcel Pharma Technologies personally within the State. (*See* Ex. A).

      4.    The registered mail receipt showing that Dexcel Pharma Technologies received the Summons, Complaint, and related suit papers is attached.  (*See* Ex. B).

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 13, 2006

                        Karen Jacobs Louden

524520

# EXHIBIT

# A

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

KAREN JACOBS LOUDEN
302 351 9227
302 425 4681 FAX
klouden@mnat.com

June 1, 2006

**By Registered Mail/Return Receipt Requested**

Dexcel Pharma Technologies
Wainwright Building
229 West Bute Street
Ste. 407
Norfolk, VA 23510

Re:    AstraZeneca AB, et al. v. Dexcel Ltd., et al.
         C.A. No. 06-358

Dear Sir or Madam:

This letter constitutes notice under 10 Del. C. § 3104 that the above-referenced lawsuit has been filed against Dexcel Pharma Technologies in the United States District Court for the District of Delaware. Enclosed are copies of the Complaint, executed Summons, Rule 7.1 Statement, Civil Cover Sheet, and Notice of Availability of Magistrate Judge.

Please be advised that service of the original Summons and Complaint was made upon the Secretary of State, State of Delaware, on May 31, 2006. Under the provisions of 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon Dexcel Pharma Technologies personally within the State of Delaware.

Sincerely,

Karen Jacobs Louden

Karen Jacobs Louden

/cbh
Encs.
522780

# EXHIBIT

# B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Dexcel Pharma Technologies
Wainwright Building
229 West Bute Street
Ste. 407
Norfolk, VA 23510

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
M GALindo     6/6/06

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

**3. Service Type**
☐ Certified Mail    ☐ Express Mail
☒ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)**    ☐ Yes

**2. Article Number**
(Transfer from service label)     RB217 636 046 US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540