IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI, INC. and ASTRAZENECA LP,<br><br>    Plaintiffs,<br><br>v.<br><br>DEXCEL, LTD., DEXXON, LTD., DEXCEL PHARMA TECHNOLOGIES, LTD. and DEXCEL PHARMA TECHNOLOGIES,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil Action No. 06-358 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Motion to Extend Time to Answer, Move or Otherwise Respond (the "Motion") filed by the defendants Dexcel, Ltd., Dexxon, Ltd., Dexcel Pharma Technologies Ltd., and Dexcel Pharma Technologies (the "Defendants"), IT IS HEREBY ORDERED that:

1. Defendants' Motion is GRANTED.

2. The Defendants shall have an additional thirty (30) days within which to file an answer, move or otherwise respond to the Complaint.

SO ORDERED this _____30th_____ day of _____June_____, 2006.



_____
United States District Judge