<div align="center">

# Morris, Nichols, Arsht & Tunnell LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

</div>

KAREN JACOBS LOUDEN
(302) 351-9227
(302) 425-4681
klouden@mnat.com

<div align="center">July 7, 2006</div>

By E-Filing

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re:   AstraZeneca AB, et. al v. Dexcel, Ltd. et. al, C.A. No. 06-358 (SLR)

Dear Chief Judge Robinson:

  We write on behalf of plaintiffs in furtherance to our June 7, 2006 letter (D.I. 7) to advise the Court that the Judicial Panel On Multidistrict Litigation issued a Conditional Transfer Order on June 26, 2006 (copy attached). The Order transfers this action (as well as the related Virginia action) under 28 U.S.C. §1407 to the United States District Court for the Southern District of New York, for coordinated pre-trial discovery with the remaining actions in the *In Re Omeprazole Patent Litigation*, M-21-81, MDL Docket No. 1291. The transmittal of the Order to the Southern District of New York is stayed for fifteen days to allow any party to file a notice of objection.

  Counsel for plaintiffs are available at the Court's convenience should the Court have any questions.

<div style="margin-left: 50%;">

Respectfully,

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden
klouden@mnat.com

</div>

/kjl
Enc.
cc: Peter T. Dalleo, Clerk (By e-filing; w/enc.)
   Robert Koch, Esquire (by telecopy; w/enc.)
   Richard D. Kirk, Esq. (by hand/w/enc.)

527397

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 26 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1291

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE OMEPRAZOLE PATENT LITIGATION

*AstraZeneca AB, et al., v. Dexcel, Ltd., et al.*, D. Delaware, C.A. No. 1:06-358
*AstraZeneca AB, et al. v. Dexcel, Ltd., et al.*, E.D. Virginia, C.A. No. 1:06-634

## CONDITIONAL TRANSFER ORDER (CTO-8)

On August 12, 1999, the Panel transferred three civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, ten additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Barbara S. Jones.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Jones.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 12, 1999, and, with the consent of that court, assigned to the Honorable Barbara S. Jones.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel