IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA AB, | ) | |
| AKTIEBOLAGET HÄSSLE, | ) | |
| KBI-E, INC., KBI INC., and | ) | |
| ASTRAZENECA LP, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-358 (SLR) |
| | ) | |
| DEXCEL LTD., DEXXON LTD., | ) | |
| DEXCEL PHARMA TECHNOLOGIES | ) | |
| LTD., and DEXCEL PHARMA | ) | |
| TECHNOLOGIES, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF MAILING

Karen Jacobs Louden declares as follows:

1.    I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel to plaintiffs in this action.

2.    Plaintiffs have initiated service of the Summons, Complaint and related suit papers on the three Israeli entities in this action – Dexcel Ltd., Dexxon Ltd., and Dexcel Pharma Technologies Ltd. – through the central authority in Israel pursuant to Article 3 of the Hague Convention. That service is in the process of being completed.

3.    On June 13, 2006, plaintiffs also served copies of the Summons, Complaint, and related suit papers by international registered mail/return receipt requested to Dexcel Ltd., Dexxon Ltd., and Dexcel Pharma Technologies Ltd. (Ex. A). Plaintiffs initiated this alternative service pursuant to Article 10(a) of the Hague Convention which provides that, unless the resident country objects, the Convention "shall not interfere with the freedom to send judicial documents, by postal channels, directly to persons abroad." Article 21 of the Hague

Convention requires countries to proclaim any objections to methods of service of process pursuant to Article 10.  Israel has not declared an objection to Section 10(a);  therefore, service by mail is a permitted alternative.  Furthermore, service by mail is not precluded by the internal laws of Israel.

4.    Copies of the international registered mail receipts showing that Dexxon Ltd. and Dexcel Ltd. received the Summons, Complaint and related suit papers is attached.  (See Exh. B).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 17, 2006

Karen Jacobs Louden

528049

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 17, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Richard D. Kirk:

I further certify that on July 17, 2006 I served copies of the foregoing to the following counsel in the manner indicated:

**By Hand**

Richard D. Kirk
The Bayard Firm
222 Delaware Ave.
Ste. 900
P.O. Box 25130
Wilmington, DE  19899

/s/ *Karen Jacobs Louden*
Karen Jacobs Louden
klouden@mnat.com

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

KAREN JACOBS LOUDEN
302 351 9227
302 425 4681 FAX
klouden@mnat.com

June 13, 2006

By International Registered Mail/Return Receipt

Dexcel Pharma Technologies, Ltd.
Office of the Director
Southern Industrial Zone
Or Akiva, Israel 30600

        Re:    AstraZeneca AB et al. v. Dexcel Ltd. et al. C.A. No. 06-358 (SLR)

Dear Sir or Madam:

        This letter constitutes notice that the above-referenced lawsuit has been filed against Dexcel Pharma Technologies, Ltd. in the United States District Court for the District of Delaware. Enclosed are copies of the Complaint, Summons, Rule 7.1. statement, civil cover sheet, and Notice of Availability of Magistrate Judge. The suit papers are being served upon Dexcel Pharma Technologies, Ltd. pursuant to Article 10(a) of the Hague Convention, to which the country of Israel has not exercised its right of objection as a signatory to the Convention.

        Sincerely,

*Karen Jacobs Louden*

Karen Jacobs Louden (#2881)

/cbh
Encs.
523691

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET

P.O. BOX 1347

WILMINGTON, DELAWARE 19899-1347

302 658 9200

302 658 3989 FAX

KAREN JACOBS LOUDEN
302 351 9227
302 425 4681 FAX
klouden@mnat.com

June 13, 2006

By International Registered Mail/Return Receipt

Dexcel, Ltd.
Office of the Director
Southern Industrial Zone
Or Akiva, Israel 30600

> Re:    AstraZeneca AB et al. v. Dexcel Ltd., C.A. No. 06-358 (SLR)

Dear Sir or Madam:

This letter constitutes notice that the above-referenced lawsuit has been filed against Dexcel, Ltd. in the United States District Court for the District of Delaware. Enclosed are copies of the Complaint, Summons, Rule 7.1. statement, civil cover sheet, and Notice of Availability of Magistrate Judge. The suit papers are being served upon Dexcel, Ltd. pursuant to Article 10(a) of the Hague Convention, to which the country of Israel has not exercised its right of objection as a signatory to the Convention.

Sincerely,

*Karen Jacobs Louden*

Karen Jacobs Louden (#2881)

/cbh
Encs.
523691

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

KAREN JACOBS LOUDEN
302 351 9227
302 425 4681 FAX
klouden@mnat.com

June 13, 2006

By International Registered Mail/Return Receipt

Dexxon Ltd.
Office of the Director
Southern Industrial Zone
Or Akiva, Israel 30600

Re:    AstraZeneca AB et al. v. Dexcel Ltd., C.A. No. 06-358 (SLR)

Dear Sir or Madam:

This letter constitutes notice that the above-referenced lawsuit has been filed against Dexxon, Ltd. in the United States District Court for the District of Delaware. Enclosed are copies of the Complaint, Summons, Rule 7.1. statement, civil cover sheet, and Notice of Availability of Magistrate Judge. The suit papers are being served upon Dexxon Ltd. pursuant to Article 10(a) of the Hague Convention, to which the country of Israel has not exercised its right of objection as a signatory to the Convention.

Sincerely,

Karen Jacobs Louden

Karen Jacobs Louden (#2881)

/cbh
Encs.
523691

EXHIBIT B

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) X | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | Express Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | Article Number RB 217624050 US | | |
| Office of Mailing (Bureau de dépôt) | | | | Date of Posting (Date de dépôt) | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Dexxon Ltd
Street and No. (Rue et No.)
Southern Industrial Zone        5236-91
Place and Country (Localité et pays)
OR AKIVA, Israel 30600

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)    Date

Signature of Addressee (Signature du destinataire)        Office of Destination Employee Signature

PS Form 2865, February 1997 (Reverse)

---

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) X | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | Express Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | Article Number RB 217624... US | | |
| Office of Mailing (Bureau de dépôt) | | | | Date of Posting (Date de dépôt) | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Dexxel Ltd
Street and No. (Rue et No.)
Southern Industrial Zone
Place and Country (Localité et pays)
OR AKIVA, Israel 30600

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)    Date

Signature of Addressee (Signature du destinataire)        Office of Destination Employee Signature

PS Form 2865, February 1997 (Reverse)