IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E, INC., KBI INC., and<br>ASTRAZENECA LP,<br><br>            Plaintiffs,<br><br>       v.<br><br>DEXCEL LTD., DEXXON LTD.,<br>DEXCEL PHARMA TECHNOLOGIES<br>LTD., and DEXCEL PHARMA<br>TECHNOLOGIES,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-358 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL DECLARATION OF MAILING**

Karen Jacobs Louden declares as follows:

1. I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell LLP, Delaware counsel to plaintiffs in this action.

2. On July 17, 2006, plaintiffs filed a declaration of mailing which detailed the steps plaintiffs have taken to effect service of process on the three Israeli entities in this action – Dexcel Ltd., Dexxon Ltd., and Dexcel Pharma Technologies Ltd. (D.I. 18). As set forth therein, plaintiffs served copies of the Summons, Complaint, and related suit papers by international registered mail/return receipt requested to Dexcel Ltd., Dexxon Ltd., and Dexcel Pharma Technologies Ltd. on June 13, 2006 (*Id.,* at Ex. A). Plaintiffs further attached the international registered receipts showing that Dexxon Ltd. and Dexcel Ltd. received the Summons, Complaint and related suit papers. (*Id.,* at Ex. B).

3. A copy of the remaining international registered mail receipt showing that Dexcel Pharma Technologies Ltd. also received these suit papers is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 20, 2006

_____
Karen Jacobs Louden

529423

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 20, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Richard D. Kirk:

I further certify that on July 20, 2006 I served copies of the foregoing to the following counsel in the manner indicated:

**By Hand**

Richard D. Kirk
The Bayard Firm
222 Delaware Ave.
Ste. 900
P.O. Box 25130
Wilmington, DE  19899

/s/ Karen Jacobs Louden
_____
Karen Jacobs Louden
klouden@mnat.com

# EXHIBIT A

Case 1:06-cv-00358-JJF    Document 20-2    Filed 07/20/2006    Page 1 of 2

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) ☑ | Letter (Lettre) ☐ | Printed Matter (Imprimé) ☐ | Other (Autre) ☐ | Recorded Delivery (Envoi à livraison attestée) ☐ | Express Mail International ☐ |
|---|---|---|---|---|---|---|
| Insured Parcel (Colis avec valeur déclarée) ☐ | Insured Value (Valeur déclarée) | | Article Number RB 217 626 085 US | | | |
| Office of Mailing (Bureau de dépôt) | | | Date of Posting (Date de dépôt) | | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Dexcel Pharma Technologies, Ltd.        523691

Street and No. (Rue et No.)
Southern Industrial Zone

Place and Country (Localité et pays)
OR AKIVA    Israel  30600

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered.    Date

Signature of Addressee (Signature du destinataire):    Office of Destination Employee Signature (Signature de l'agent du bureau du destination):

PS Form 2865, February 1997 (Reverse)