IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI, INC. and ASTRAZENECA LP,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL LTD., DEXXON LTD., DEXCEL PHARMA TECHNOLOGIES LTD. and DEXCEL PHARMA TECHNOLOGIES,<br><br>Defendants. | Civil Action No. 06-358 (SLR) |

**DEFENDANTS' MOTION TO TRANSFER OR DISMISS**

In the interests of judicial economy, Defendants Dexcel Ltd., Dexxon Ltd., Dexcel Pharma Technologies Ltd. and Dexcel Pharma Technologies respectfully request that this Court transfer this action for consolidation with a duplicative and more advanced action brought by Plaintiffs and pending in Virginia.

Alternatively, and pursuant to FED. R. CIV. P. 12(b)(2), all Defendants respectfully move that this action be dismissed for lack of personal jurisdiction. Defendants Dexcel Ltd. and Dexxon Ltd. further move to dismiss this action under FED. R. CIV. P. 12(b)(6) because Plaintiffs' complaint fails to state a claim against them. In addition, Dexcel Pharma Technologies, which is a non-entity that conducts no business at all, should be dismissed pursuant to FED. R. CIV. P. 17(b) as a party lacking the capacity to be sued. Defendants further submit the accompanying brief in support of this motion.

WHEREFORE, Defendants respectfully request that the Court enter an order transferring this action or, in the alternative, dismissing this action, and grant such other relief as the Court deems just.

July 20, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
*Attorney for Defendants*

OF COUNSEL:
Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601
(312) 616-5600

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 20, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that, on July 20, 2006, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Errol B. Taylor, Esq.
Robert J. Koch, Esq.
Jay I. Alexander, Esq.
Enrique D. Longton, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW
Washington, DC 20006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

627464v1