## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTRAZENECA AB, AKTIEBOLAGET ) 
HÄSSLE, KBI-E, INC., KBI, INC. and ) 
ASTRAZENECA LP, ) 
                                      )    Civil Action No. 06-358 (SLR)

        Plaintiffs, ) 

v ) 
                                    ) 

DEXCEL, LTD., DEXXON, LTD., ) 
DEXCEL PHARMA TECHNOLOGIES, ) 
LTD. and DEXCEL PHARMA ) 
TECHNOLOGIES LTD., ) 
                                    ) 

        Defendants. ) 


## NOTICE OF SERVICE


     PLEASE TAKE NOTICE that, on August 3, 2006, copies of DEFENDANTS'

INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26 (a)(1), were served as by

overnight courier on the following:

Jack B. Blumenfeld                          Errol B. Taylor
Karen Jacobs Louden                    Robert J. Koch
Morris, Nichols, Arsht & Tunnell      Jay I. Alexander
1201 North Market Street              Milbank, Tween, Hadley & McCloy L.L.P.
P.O. Box 1347                           1825 Eye Street, NW
Wilmington, DE 19899                 Suite 1100
                                      Washington, DC 20006

August 4, 2006                         THE BAYARD FIRM

                                   /s/ Richard D. Kirk
                                 Richard D. Kirk (rk0922)
                                 Ashley B. Stitzer (as3891)
                                 222 Delaware Avenue, Suite 900
                                 P.O. Box 25130
                                 Wilmington, DE 19899-5130
                                 (302) 655-5000
                                 rkirk@bayardfirm.com
                                 *Attorneys for Defendants*

631970v1

OF COUNSEL:
Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601
(312) 616-5600

631970v1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 4, 2006, he electronically filed

the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801


The undersigned counsel further certifies that, on August 4, 2006, copies of the

foregoing document were sent by email and hand to the above local counsel and by email

and first class mail to the following non-registered participant:

Errol B. Taylor, Esq.
Robert J. Koch, Esq.
Jay I. Alexander, Esq.
Enrique D. Longton, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW
Washington, DC 20006


/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

027464v1