# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
(302) 351-9227
(302) 425-4681
klouden@mnat.com

August 8, 2006

BY E-FILING

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    AstraZeneca AB, et. al v. Dexcel, Ltd. et. al, C.A. No. 06-358 (SLR)

Dear Chief Judge Robinson:

    The parties have filed today a revised proposed Scheduling Order that is premised on the November 5, 2007 trial date that the Court set during the August 1, 2006 conference. Although the parties have reached agreement on a number of dates and terms, they continue to differ in several important respects.

- <u>Close of Fact Discovery</u>: Defendants propose a date that is approximately four months earlier than plaintiffs' date.

- <u>Expert Discovery</u>: Defendants propose that expert discovery not commence until three months after the close of fact discovery and conclude two months earlier than plaintiffs' proposal.

- <u>Identification of Claim Construction Issues</u>: Defendants propose a date approximately 4-1/2 months earlier than plaintiffs' date.

    Plaintiffs understood that the Court set a November 2007 trial date as a compromise between the competing proposals of the parties and their views as to the time needed to prepare the case for trial. Under defendants' proposed March 2007 trial date, defendants were prepared to proceed to trial within a few weeks of the completion of fact and expert discovery. Plaintiffs see no reason why the fact and expert discovery dates should be compressed and completed months before the trial date, especially given that the Court does not entertain summary judgment motions in a bench trial. Indeed, this compression mostly would

Hon. Sue L. Robinson
August 8, 2006
Page 2

prejudice plaintiffs, who bear the burden of proof on infringement. Plaintiffs respectfully submit that their proposed schedule is more reasonable in light of the pretrial and trial dates that the Court has set.

For these reasons, we respectfully request that the Court adopt the plaintiffs' proposed dates in the Scheduling Order.

Respectfully,

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)

cc: Peter T. Dalleo, Clerk (by hand w/enc.)
Richard D. Kirk, Esq. (by hand w/enc.)
David Airan, Esq. (by email w/enc.)
Robert Koch, Esq. (by email w/enc.)

531899