IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI, INC. and ASTRAZENECA LP,<br><br>        Plaintiffs,<br>v.<br><br>DEXCEL, LTD., DEXXON, LTD., DEXCEL PHARMA TECHNOLOGIES, LTD. and DEXCEL PHARMA TECHNOLOGIES LTD,<br><br>        Defendants. | )<br>)<br>)<br>) Civil Action No. 06-358 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 8, 2006, copies of **(1) DEXCEL PHARMA TECHNOLOGIES LTD.'S FIRST SET OF REQUESTS FOR ADMISSIONS RELATING TO JURISDICTIONAL AND TRANSFER ISSUES; (2) DEXCEL LTD.'S FIRST SET OF INTERROGATORIES RELATING TO JURISDICTION AND TRANSFER ISSUES; (3) DEXCEL PHARMA TECHNOLOGIES' FIRST SET OF INTERROGATORIES RELATING TO JURISDICTION AND TRANSFER ISSUES; (4) DEXXON LTD.'S FIRST SET OF INTERROGATORIES RELATING TO JURISDICTION AND TRANSFER ISSUES; (5) DEXCEL PHARMA TECHNOLOGIES LTD.'S FIRST SET OF INTERROGATORIES RELATING TO JURISDICTION AND TRANSFER ISSUES; (6) DEXCEL PHARMA TECHNOLOGIES LTD.'S FIRST SET OF INTERROGATORIES RELATING TO THE MERITS; and (7) DEXCEL PHARMA TECHNOLOGIES LTD.'S FIRST SET OF REQUESTS FOR ADMISSIONS RELATING TO THE MERITS**, were served on the following counsel in the manner shown:

**By Email and Hand Delivery:**

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

**By Email and First Class U.S. Mail:**

Errol B. Taylor, Esquire
Robert J. Koch, Esquire
Jay I. Alexander, Esquire
Milbank, Tween, Hadley & McCloy L.L.P.
1825 Eye Street, NW,  Suite 1100
Washington, DC  20006

August 8, 2006                                          THE BAYARD FIRM

/s/ Richard D. Kirk
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
*Attorneys for Defendants*

OF COUNSEL:
Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601
(312) 616-5600