IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, <br> AKTIEBOLAGET HÄSSLE, <br> KBI-E, INC., KBI INC., and <br> ASTRAZENECA LP, <br><br>   Plaintiffs, <br><br> v. <br><br> DEXCEL LTD., DEXXON LTD., <br> DEXCEL PHARMA TECHNOLOGIES <br> LTD., and DEXCEL PHARMA <br> TECHNOLOGIES, <br><br>   Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> C.A. No. 06-358 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff AstraZeneca's First Set of Interrogatories on the Merits (Nos. 1-5) and Plaintiff AstraZeneca's First Set of Requests for Production of Documents and Things on the Merits (Nos. 1-75) were caused to be served on August 17, 2006, upon the following counsel:

**BY HAND**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

David M. Airan
Leydig, Voit & May
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorney for Plaintiffs AstraZeneca AB,
Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and
AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC 20006
(202) 835-7500

August 17, 2006
531212

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on August 17, 2006 upon the following in the manner indicated:

**BY HAND**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

David M. Airan
Leydig, Voit & May
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)