IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E, INC., KBI INC., and<br>ASTRAZENECA LP,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DEXCEL LTD., DEXXON LTD.,<br>DEXCEL PHARMA TECHNOLOGIES<br>LTD., and DEXCEL PHARMA<br>TECHNOLOGIES,<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-358 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE THAT THEY WILL NOT CONTEST THE VALIDITY AND/OR ENFORCEABILITY OF THE '505 AND '230 PATENTS**

Defendants hereby give notice that they will not contest the validity and/or enforceability of any claim of U.S. Patent Nos. 4,786,505 ("the '505 patent") and 4,853,230 ("the '230 patent") in this action. This statement is not intended to be and should not be construed as an admission that the '505 patent and the '230 patent are valid and/or enforceable.

Defendants expressly reserve the right to defend this action or any other action for infringement of the '505 patent or the '230 patent on the basis that the Plaintiffs are precluded from charging the Defendants with infringement as a result of any judgment finding any claim(s) of the '505 or '230 patent to be invalid and/or unenforceable.

| | |
|---|---|
| August 22, 2006 | THE BAYARD FIRM<br><br>/s/ Richard D. Kirk<br>Richard D. Kirk (rk0922)<br>Ashley B. Stitzer (as3891)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>rkirk@bayardfirm.com<br>*Attorneys for Defendants* |

OF COUNSEL:
Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5600

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 22, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that, on August 22, 2006, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Errol B. Taylor, Esq.
Robert J. Koch, Esq.
Jay I. Alexander, Esq.
Enrique D. Longton, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW
Washington, DC 20006

                                                /s/ Richard D. Kirk (rk0922)
                                                    Richard D. Kirk

627464v1