IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTRAZENECA AB, AKTIEBOLAGET )
HÄSSLE, KBI-E, INC., KBI, INC. and )
ASTRAZENECA LP, )
 )
       Plaintiffs, )
 )
v. )  Civil Action No. 06-358 (SLR)
 )
DEXCEL, LTD., DEXXON, LTD., )
DEXCEL PHARMA TECHNOLOGIES, )
LTD. and DEXCEL PHARMA )
TECHNOLOGIES LTD., )
 )
       Defendants. )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 31, 2006, copies of **(1) Defendants' Responses to Plaintiffs First Set of Interrogatories Relating to Jurisdictional Issues; (2) Defendants' Response to Plaintiffs' First Request for Admissions Relating to Jurisdictional Issues; and (3); Defendants' Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents and Things Relating to Jurisdictional Issues; and this Notice of Service**, were served on the following counsel in the manner shown:

**By Email and Hand Delivery:**

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**By Email and U.S. Mail:**

Errol B. Taylor, Esquire
Robert J. Koch, Esquire
Jay I. Alexander, Esquire
Milbank, Tween, Hadley & McCloy L.L.P
1825 Eye Street, NW, Suite 1100
Washington, DC 20006

1522389

August 31, 2006

THE BAYARD FIRM

/s/ Richard D. Kirk
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
*Attorneys for Defendants*

OF COUNSEL:
Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601
(312) 616-5600