IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI INC., and ASTRAZENECA LP, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL LTD., DEXXON LTD., DEXCEL PHARMA TECHNOLOGIES LTD., and DEXCEL PHARMA TECHNOLOGIES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 06-358 (SLR) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Plaintiff AstraZeneca's Responses to Dexcel Pharma Technologies Ltd.'s First Set of Interrogatories Relating to Jurisdiction and Transfer Issues; (2) Plaintiff AstraZeneca's Responses to Dexcel Pharma Technologies' First Set of Interrogatories Relating to Jurisdiction and Transfer Issues; (3) Plaintiff AstraZeneca's Responses to Dexcel Ltd.'s First Set of Interrogatories Relating to Jurisdiction and Transfer Issues; (4) Plaintiff AstraZeneca's Responses to Dexxon Ltd.'s First Set of Interrogatories Relating to Jurisdiction and Transfer Issues; (5) Plaintiff AstraZeneca's Responses to Dexcel Pharma Technologies Ltd.'s First Set of Requests for Admissions Relating to Jurisdiction and Transfer Issues; (6) Plaintiff AstraZeneca's Responses to Dexcel Pharma Technologies Ltd.'s First Set of Interrogatories Relating to the Merits; and (7) Plaintiff AstraZeneca's Responses to Dexcel Pharma Technologies Ltd.'s First Set of Requests for Admissions Relating to the Merits were caused to be served on September 7, 2006, upon the following counsel:

**BY EMAIL AND BY HAND**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**BY EMAIL AND FIRST CLASS MAIL**

David M. Airan
Leydig, Voit & May
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorney for Plaintiffs AstraZeneca AB,*
*Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and*
*AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC 20006
(202) 835-7500

September 7, 2006

531212