IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI INC., and ASTRAZENECA LP, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL LTD., DEXXON LTD., DEXCEL PHARMA TECHNOLOGIES LTD., and DEXCEL PHARMA TECHNOLOGIES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 06-358 (SLR) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff AstraZeneca's Second Set Of Requests For Production Of Documents And Things On The Merits (Nos. 76-91) were caused to be served on November 3, 2006, upon the following counsel:

**BY EMAIL AND BY HAND**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY EMAIL AND FIRST CLASS MAIL**

David M. Airan
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Jack B. Blumenfeld*

                    Jack B. Blumenfeld (#1014)
                    Karen Jacobs Louden (#2881)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899-1347
                    (302) 658-9200
                    *Attorney for Plaintiffs AstraZeneca AB,*
                    *Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and*
                    *AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC  20006
(202) 835-7500

November 3, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on November 3, 2006 upon the following in the manner indicated:

**BY EMAIL AND BY HAND**

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY EMAIL AND FIRST CLASS MAIL**

David M. Airan
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)