# SEALED DOCUMENT

CONFIDENTIAL EXHIBIT