IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E, INC.,<br>KBI INC., and<br>ASTRAZENECA LP,<br>        *Plaintiffs*,<br><br>v.<br><br>DEXCEL, LTD.,<br>DEXXON, LTD.,<br>DEXCEL PHARMA TECHNOLOGIES, LTD., and<br>DEXCEL PHARMA TECHNOLOGIES<br>        *Defendants*. | C.A. No. 06-358 (SLR) |

**DECLARATION OF ANN V. BOOTH-BARBARIN IN SUPPORT OF PLAINTIFFS' MOTION TO STAY OR TRANSFER**

I, Ann V. Booth-Barbarin, declare as follows:

1. I am Senior Counsel and Assistant Secretary of AstraZeneca LP and one of its U.S. affiliates, AstraZeneca Pharmaceuticals LP, which together principally comprise the AstraZeneca US pharmaceuticals business ("AstraZeneca US"). I am authorized to make this Declaration on behalf of AstraZeneca US in support of Plaintiffs' Motion to Stay or Transfer this case to the United States District Court for the District of Delaware.

2. AstraZeneca US is a researcher, developer, manufacturer, and marketer of pharmaceutical products in the U.S. Our sales of products in the United States reached approximately $10.77 billion in 2005, making pharmaceutical company in the country. Some of the AstraZeneca US products include SEROQUEL® (quetiapine), TOPROL-

SEROQUEL® (quetiapine), TOPROL-XL® (metoprolol succinate), CRESTOR® (rosuvastatin calcium), ARIMIDEX® (anastrozole), PRILOSEC® (omeprazole) and NEXIUM® (esomeprazole magnesium).

3. AstraZeneca US principally operates from a substantial campus, known as the U.S. Business Center ("USBC"), consisting of several buildings in Wilmington, Delaware, with a combined total area of 2,056,470 square feet set on 163 acres. The USBC includes an additional 155,805 square feet of *leased* office space, for a total of 2,212,275 of square footage comprising the USBC. The oldest portions of the USBC campus have been operated in Delaware by AstraZeneca US or its predecessors since at least 1971. Operations at this facility currently include research, quality assurance, sales and operations management and administration, regulatory, marketing, corporate executive, legal, finance, and other administrative activities of AstraZeneca US. AstraZeneca US manufacturing and packaging operations are conducted in part at a facility in Newark, Delaware, which has been in operation since 1971. The 145-acre Newark site includes 604,000 square feet of facilities where more than 600 employees each year are responsible for the manufacture of more than 1 billion tablets and filling more than 30 million bottles of prescription drug products. The 45,000 square foot AstraZeneca Child Development Center situated on an additional 10 acres across from the USBC is operated for the benefit of AstraZeneca US employees and their children.

4. AstraZeneca US currently employs approximately 4,770 people in Delaware. This makes AstraZeneca US the fifth largest private employer in the State of Delaware and the State's seventh largest employer overall.

5.  In addition to the presence of its facilities and employees in Delaware, AstraZeneca US participates in substantial activities within the Delaware community. We provide funding for more than 130 local nonprofit organizations in the Wilmington, Delaware, area. Just a few examples of the organizations that AstraZeneca US supports in Delaware include the Delaware Chapter of the American Cancer Society, the Ronald McDonald House of Delaware, Meals on Wheels Delaware, the Delaware Foundation for Science and Math Education, Junior Achievement of Delaware, United Way of Delaware, the Delaware Museum of Natural History, the St. Francis Foundation's St. Clare Medical Outreach Van (which travels the streets of Wilmington delivering medical care to people who are homeless or uninsured) and many more.

6.  In addition to its myriad contributions of funding and volunteer time, in 2005, AstraZeneca US received the Committee Pro Patria Award from the Delaware Committee for Employer Support of the Guard and Reserve, recognizing the company as the employer within Delaware that demonstrates the highest level of support for its employees that serve in the National Guard or Reserve.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of August, 2006 at Wilmington, Delaware.

ANN V. BOOTH-BARBARIN