**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

ASTRAZENECA AB,
AKTIEBOLAGET HÄSSLE,
KBI-E, INC.,
KBI INC., and
ASTRAZENECA LP,
*Plaintiffs*,

v.

DEXCEL, LTD.,
DEXXON, LTD.,
DEXCEL PHARMA TECHNOLOGIES, LTD., and
DEXCEL PHARMA TECHNOLOGIES
*Defendants.*

**C.A. No. 06-358 (SLR)**

**DECLARATION OF WAYNE R KENNEDY**

I, Wayne R. Kennedy, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a private investigator licensed in the Commonwealth of Virginia, license No. DCJS #11-3036.

2. My office is located at 132 Olney Road, Norfolk, Virginia 23510.

3. On June 5, 2006, I was retained by the law firm Milbank Tweed Hadley and McCloy, LLP, to investigate an office building located at 229 West Bute Street in Norfolk, Virginia, and in particular, to determine whether a business was operating there under the name "Dexcel Pharma Technologies."

4. On June 6, 2006 I visited 229 West Bute Street (the Wainwright Building) in Norfolk, Virginia (the "Premises"). I observed the Premises and took photographs to document my observations. These photographs are attached as Exhibits 1-10.

5. The Premises appeared to be a office building in which a number of businesses were located. I observed the exterior of the Premises, finding no signage or other indication that Dexcel Pharma Technologies was located in the building. Exhibits 1-2 are photographs I took of the exterior of the Premises showing the building number and entrance, but no indication that Dexcel Pharma Technologies is located in the building.

6. Upon entered the lobby of the Premises, I observed a directory of businesses located in the building. A closer inspection of the directory revealed two separate listings, one listing businesses by office suite, the other listing businesses alphabetically. A thorough review of the directory showed no listing for Dexcel Pharma Technologies. There was also no listing for any occupant of Suite 407. Exhibits 3-6 are photographs I took of the building lobby and directory that show no listing for Dexcel Pharma Technologies.

7. I then took an elevator up to the building's fourth floor in order to observe Suite 407. As I stepped off the elevator I observed a mirrored wall with what appeared to be several temporary paper signs posted (taped) to it. One of the paper signs taped to the wall included the text "Dexcel Pharma Technologies" with an arrow pointing to the left. Exhibits 7 and 8 are photographs I took of the elevator area of the Wainwright Building fourth floor showing the signage for Dexcel Pharma Technologies.

8. I proceeded down a hallway in the direction indicated by the "Dexcel Pharma Technologies" sign to a closed door. I opened the door and proceeded through it. This in turn led to another hallway in which several separate suites appeared to be

located. As I proceeded down the second hallway, the first place of business I observed was Suite 407, which was to my left.

9. Suite 407 had a plastic sign posted next to the door for the office which indicated the suite number and the name of the business located in the suite. This sign was similar to other plastic signs identifying other suites on this hallway. The sign included the text "Dexcel Pharma," and a temporary paper insert with the number "407" written on it. See Exhibits 9 and 10 are photographs I took of the entrance to Suite 407 showing the signage for "Dexcel Pharma."

10. I then proceeded down the hallway past Suite 407. As I walked past the suite, I observed the interior of the suite through an office window. The window was located next to the door of the suite and the sign previously described. See Exhibit 10. I observed through Venetian blinds in the office window what appeared to be a one room office and a Caucasian female with dark brown hair seated at a desk in the office. No additional furniture or personnel were observed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17th, 2006 at Norfolk, Virginia.

Wayne R. Kennedy

Wayne R. Kennedy

ALL-STATE LEGAL®

EXHIBIT 1

229

ALL-STATE LEGAL®

EXHIBIT

2

ALL-STATE LEGAL®
EXHIBIT
3

DIRECTORY

NO SMOKING BY CITY ORDINANCE

ALL-STATE LEGAL®

EXHIBIT 4



GREGG R., M.D. 700
CLINIC 640
AND COUNSELORS AT LAW
BOBBY L., JR. 630
CALLAHAN, JOHN T. III 630
F. SULLIVAN 630
D
4TH FLOOR
DAN NETZAR
5TH FLOOR
DIRK S. PROFFER, M.D. 810
DOBIAS, MARY T., PT, CHT
KING LEE INVESTMENTS
E
910
EXECUTIVE EVALUATION CENTER
320
ENSPIRE ENERGY
LAB: WAINWRIGHT LABORA
LEFFKE, GARY S., M.S. CCC-
LISNER, CHARLES A., M.D.
LILLY, EDWARD L., M.D.
EXHIBIT
5
ALL-STATE LEGAL

COUMA 640

ATTORNEYS ... SELORS AT LAW
HOWLETT, BOBB... JR. 630
CALLAHAN, JOHN T. III 630
CALLAHAN, F. ...LLIVAN 630

D

4TH FLOOR

DAN NETZAR

5TH FLOOR

DIRK S. PROFFER, M.D. 810
DOBIAS, MARY T., PT, CHT

KING LEE

E

EXECUTIVE EVALUATION CENTER 910

ENSPIRE ENERGY 320

LAB: WAIN
LEFFKE, G
LISNER, C
LILLY, EDW

EXHIBIT 6

ALL-STATE LEGAL

Eileen K.
Shannon, P.C.
Suite 405
Suite 407
Dexcel Pharma
Technologies
Suite 450
Norfolk Prop
Development
BROOKS SYSTEMS
SUITE 410
Eugene W.
Shannon
Attorney at law
Suite 405
ALL-STATE LEGAL®
EXHIBIT
7

Shannon, P.C.
Suite 405
Eugene W.
Shannon
Attorney at Law
Suite 405
Suite 407
Dexcel Pharma
Technologies
BROOKS
SYSTEMS
Delivering Confidence in Compliance
SUITE 410
EXHIBIT
ALL-STATE LEGAL®
8





