**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E INC.,<br>KBI INC., and<br>ASTRAZENECA LP,<br>　　　　　　*Plaintiffs*,<br><br>　　　　　　v.<br><br>DEXCEL, LTD.,<br>DEXXON, LTD.,<br>DEXCEL PHARMA TECHNOLOGIES, LTD., and<br>DEXCEL PHARMA TECHNOLOGIES<br>　　　*Defendants.* | Civil Action No. 06-358 |

**DECLARATION OF NASEEMA SHAFI IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO TRANSFER OR DISMISS**

I, Naseema Shafi, declare as follows:

　　　　　　1.　　　I am a legal assistant for Milbank, Tweed, Hadley & McCloy LLP who represent plaintiffs AstraZeneca AB, Aktiebolaget Hässle, KBI-E Inc., KBI Inc., AstraZeneca LP (collectively, "AstraZeneca"). I am competent to testify to the matters set forth herein, which are based on my personal knowledge. I submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Transfer or Dismiss.

　　　　　　2.　　　Early in October 2006 I was tasked with conducting factual research in order to determine the number of licensed dentists in the United States and in Delaware specifically. I performed this research by calling each state's Board of Dental Health and asking how many active dental licensees there were for the state. When the contact person told me that I could verify the information by checking the Boards' websites, I did. The following paragraphs outline the details of each state's inquiry process.

3.      On October 20, 2006, I called the Delaware State Board of Dental Examiners and left a voicemail message for Ms. Jennifer Myer.  She returned my call on October 23, 2006 leaving me a voicemail message that requested I return her call.  When I spoke with her on October 23, 2006 she told me that there are 420 active dental licensees for Delaware and that no information is available on its website.

4.      On October 19, 2006, I called the Alabama Board of Dental Examiners, and received no answer.  On October 20, 2006, I called the Board of Dental Examiners again and was transferred to the Department of Labor and Market Information.  Mr. Jim Henry told me that he needed to call me back after he located the information I needed.  On October 20, 2006, Mr. Henry informed me that there are 2,355 active dental licensees for Alabama.

5.      On October 19, 2006, I called the Alaska Board of Dental Examiners. Ms. Brenda Donahue told me that the number on its website was accurate.  I encountered problems with the website on October 19, 2006.  On November 1, 2006, I checked its website again at http://www.commerce.state.ak.us/occ/search3.htm and was able to conduct a search for dental licensees.  See Exh. 1.  There are 676 active dental licensees for Alaska.

6.      On October 19, 2006, I called the Arizona State Board of Dental Examiners and spoke with Nancy, who would not give me her last name.  She told me that we could order a full roster for a fee, but that the information was not on its website.  Nancy told me that there are 4,111 active dental licensees for Arizona.

7.      On October 20, 2006, I called the Arkansas State Board of Dental Examiners twice, the first time getting no answer and the second time speaking with Ms. Donna Cobb.  Ms. Cobb told me that the number was on its website and that there are 1,317 active dental licensees for Arkansas.  See Exh. 2.

8.      On October 19, 2006, I called the Dental Board of California and was directed to call Public Information.  The person with whom I spoke at Public Information would not give me his/her name, but told me that there are 33,218 active dental licensees for California.

9.      On October 19, 2006, I called the Colorado Board of Dental Examiners. The person who answered the phone, who would not give me her name, walked me through the process of obtaining a text file from its website at https://www.doradls.state.co.us/lic_database_req.php. See Exh. 3. After creating a spreadsheet from that list, I was able to determine that there are 4,361 active dental licensees for Colorado.

10.     On October 19, 2006, I called the Connecticut Department of Public Health, Dental Licensure and was transferred to the voicemail of Ms. Lynn Carbano, whose voicemail message stated that she was on vacation until October 24, 2006. On October 24, 2006, I called again and left a voicemail message. On October 26, 2006, I called again and received no answer and therefore e-mailed the general inquiry address at oplc.dph@po.state.ct.us requesting the number of active Connecticut Dental licensees. On October 26, 2006, Mr. Stephen Carragher e-mailed me back that there are 3,138 active dental licensees for Connecticut. See Exh. 4.

11.     On October 19, 2006, I called the Florida Board of Dentistry and was directed to its website. From its main page at http://www.doh.state.fl.us/mqa/dentistry/dn_maintain.html I was told to select "MQA Online Services" from the left hand menu, then to select "Licensee Lookup", then within the "Profession" selection, to select "Show Currently Licensed Providers" and view by "Dental". Finally, on https://ww2.doh.state.fl.us/IRM00PRAES/PRASLIST.ASP the total number of records indicated that there are 11,283 active dental licensees for Florida. See Exh. 5.

12.     On October 19, 2006, I called the Georgia Board of Dentistry, whereupon I was told the total number of active dental licensees and directed to its website at http://www.sos.state.ga.us/plb/dentistry/, where the number was listed. There are 5,171 active dental licensees for Georgia. See Exh. 6.

13.     On October 19, 2006, I called the Hawaii State Board of Dental Examiners. Terry, who would not give me her last name, told me to check its website and directed me through the process. On http://www.hawaii.gov/dcca/areas/pvl/ there was a yellow

F3

shaded region where I was directed to select "Geographical Report". I was told to go to page 7 of the report, within Table 3, where I would find the number next to the abbreviation "DT". There are 1,424 active dental licensees for Hawaii. See Exh. 7.

14.     On October 19, 2006, I called the Idaho State Board of Dentistry. Susan Miller gave me an approximate number and mentioned that she could not respond to my request at that time and that the information was not available on its website. In response to her request for a written inquiry, I sent her an e-mail on October 23, 2006. Her response to me on October 23, 2006 indicated that there are 1,065 active dental licensees for Idaho. See Exh. 8.

15.     On October 20, 2006 I called the Illinois Department of Professional Regulation. Mr. Les Code told me that the information was available on its website and walked me through the process for finding the number. At http://www.idfpr.com/DPR/consumer.asp, he instructed me to the right of the screen to select "Number of Active Licenses", which provides a table organized by month and profession. There are 9,301 active dental licensees for Illinois. See Exh. 9.

16.     On October 20, 2006, I called the Indiana State Board of Dentistry. Ms. Janet Cassidy mentioned that the information was not available on its website and told me that there are 3,522 active dental licensees for Indiana.

17.     On October 19, 2006, I called the Iowa Board of Dental Examiners. Ms. Angie Davidson mentioned that the information was not available on its website and told me that there are 1,518 active dental licensees for Iowa.

18.     On October 19, 2006, I called the Kansas Dental Board. Ms. Rebecca Gonzalez mentioned that the information was not available on its website and told me that there are 1,303 active dental licensees for Kansas.

19.     On October 20, 2006, I called the Kentucky Board of Dentistry. Mr. Sylvester Gurnell mentioned that the information was not available on its website and told me that there are 3,023 active dental licensees for Kentucky.

20.     On October 19, 2006, I called the Louisiana State Board of Dentistry. Ms. Caroline Perez mentioned that the information was not available on its website and told me that there are 2,640 active dental licensees for Louisiana.

21.     On October 19, 2006, I called the State of Maine Board of Dental Examiners. The woman who answered told me that she needed to return my call at a later time. On October 20, 2006 Ms. Teneale Johnson returned my call, mentioned that the information was not available on its website and told me that there are 821 active dental licensees for Maine.

22.     On October 20, 2006, I called the Maryland State Board of Dental Examiners and was connected to a person who was out of the office until October 30, 2006. On October 23, 2006, I called the Board again and was transferred to the voicemail of Ms. Alexis McCaney. On October 26, 2006 I left Ms. McCaney another voicemail message. On October 27, 2006 Ms. McCaney called me back, mentioned that the information was not available on its website and told me that there are 4,868 active dental licensees for Maryland.

23.     On October 20, 2006, I called the Board of Registration in Dentistry for the State of Massachusetts. Ms. Marsha Miller mentioned that the information was not available on its website. She told me that there are 6,861 current active licensees, 36 "non-disciplinarians" and 49 "on probation", but that all were considered to be "active" licensees. Therefore, there are 6,946 active dental licensees for Massachusetts.

24.     On October 20, 2006, I called the Michigan Board of Dentistry. Ms. Debbie Lintemuth mentioned that the information on its website had not been updated, and that there are 7,795 active dental licensees for Michigan.

25.     On October 20, 2006, I called the Minnesota Board of Dentistry. Ms. Amy Johnson mentioned that the information was not on its website and told me that there are 3,894 active dental licensees in Minnesota.

26.     On October 19, 2006, I called the Mississippi State Board of Dental Examiners. Ms. Vera Halloway mentioned that its website was being updated and gave me two

numbers with active and inactive status and some who work for the military. On October 23, 2006, I called the Board again for clarification and was told that there are 1,233 active dental licensees, some of whom also work for the military, for Mississippi.

27.    On October 19, 2006, I called the Missouri State Dental Board. Kathy, who would not give me her last name, mentioned that there was no information available on its website and told me that there are 3,240 "general" dental licensees for Missouri.

28.    On October 20, 2006, I called the Montana Board of Dentistry. Ms. Sharon McCullough mentioned that there was no information on its website and that there are about 610 active dental licensees for Montana.

29.    On October 20, 2006, I called the Nebraska Board of Dentistry. Ms. Joyce Novak mentioned that while the information was not available on its website, I could purchase a full list. She also told me that there are 1,490 active dental licensees for Nebraska.

30.    On October 20, 2006, I called the Nevada State Board of Dental Examiners. Ms. Heather Thiriot mentioned that the information was not available on its website and gave me an approximate number. She told me that she could not give me a more definitive number, but that there are about 1,700 active dental licensees for Nevada.

31.    On October 20, 2006, I called the New Hampshire Board of Dental Examiners. Ms. Arlene Bolduck mentioned that the information was not available its website and told me that there are 980 active dental licensees for New Hampshire.

32.    On October 20, 2006, I called the New Jersey Board of Dentistry, but received no answer. On October 23, 2006, I called again and Ms. Greene, who would not give me her first name, mentioned that she was not sure what information was on its website, but that there are 7,604 active dental licensees for New Jersey.

33.    On October 20, 2006, I called the Board of Dental Health Care for the State of New Mexico. Ms. Cindy Salazar mentioned that the information was not on its website and told me that there are 1,122 active dental licensees for New Mexico.

34.    On October 20, 2006, I called the Office of the Professions for the State of New York.   Kristy, who would not give me her last name, transferred me to Public Information.  The Public Information agent, who would not give me her name, told me that she thought the information was on its website and that there are 18,031 active dental licensees for New York.

35.    On October 20, 2006, I called the North Carolina State Board of Dental Examiners.  Ms. Mary McCollough mentioned that the information was not on its website and that there are 4,759 active dental licensees for North Carolina.

36.    On October 20, 2006, I called the North Dakota State Board of Dental Examiners.  Ms. Jacinda Simmons mentioned that the information was not on its website and that there are 352 active dental licensees for North Dakota.

37.    On October 20, 2006, I called the Ohio State Dental Board.   Janice answered the phone and told me that I needed to speak with Jayne who was out of the office until October 23, 2006.  On October 23, 2006 and October 24, 2006, I called and was told that Jayne was still out of the office.  On October 26, 2006, I was transferred to the voicemail of Ms. Jayne Smith, however her inbox was full.  I called again later that day and spoke with her.  Ms. Smith mentioned that the information was not available on its website and that there are 6,880 active dental licensees for Ohio.

38.    On October 20, 2006, I called the Oklahoma Board of Dentistry.  Ms. Linda Campbell mentioned that the number posted on its website was effective as of April 2006. On November 21, 2006 I visited http://www.dentist.state.ok.us/statistics.htm and found that there are 2,064 active dental licensees for Oklahoma.  See Exh. 10

39.    On October 20, 2006, I called the Oregon Board of Dentistry.  Ms. Lisa Warwick mentioned that the information was not available on its website and that there are 3,590 active dental licensees.  In addition, she told me that there are nine dental licensees who are faculty and only practice for the purposes of teaching and eight who can only practice as

volunteers, but that they are all considered to have active dental licensees. Therefore, there are 3,607 active dental licensees for Oregon.

40.    On October 20, 2006, I called the State Board of Dentistry for the State of Pennsylvania, but received a busy signal. On October 23, 2006, Ms. Jane Forbes mentioned that the information was not available on its website and that there are 9,917 active dental licensees for Pennsylvania.

41.    On October 20, 2006, I called the Rhode Island Board of Examiners in Dentistry. Ms. Emily Castillo mentioned that she thought there was a listing on its website and that there are 639 active dental licensees for Rhode Island.

42.    On October 20, 2006, I called the South Carolina Board of Dentistry. Ms. Christina Backman mentioned that the information was not available on its website and that there are 2,385 active dental licensees for South Carolina.

43.    On October 20, 2006, I called the South Dakota State Board of Dentistry and left a voicemail message in its generic inbox. On October 23, 2006, I called back twice, the second time reaching Ms. Pat Sterns, who mentioned that the information was not available on its website and that there are 475 active dental licensees for South Dakota.

44.    On October 20, 2006, I called the Tennessee Board of Dentistry and was transferred to the Consumer Right to Know, where I left a voicemail message in its generic inbox. On October 23, 2006, I called the Board again and received no answer. On October 23, 2006, Ms. Suma Lee Canady returned my call. She told me that I could perform a search on its website at http://www2.state.tn.us/health/licensure/index.htm, selecting "TN" for state and "Dentist" for profession. She also gave me the total number. There are 3,954 active dental licensees for Tennessee. See Exh. 11.

45.    On October 20, 2006, I called the Texas State Board of Dental Examiners. The automated system left me without a choice for leaving a voicemail message in a generic inbox. On October 23, 2006, I called the Board again and received no live answer again.

On October 23, 2006, I emailed the Board at its generic inquiry address: information@tsbde.state.tx.us. On October 24, 2006, Ms. Dina Martinez e-mailed me back that there are 12,204 active dental licensees for Texas. See Exh. 12.

46.    On October 20, 2006, I called the Utah Board of Dentists and Dental Hygienists. The woman who answered the phone, who would not give me her name, gave me an approximate number and told me that there were numbers on its website, but that the number included active and inactive licensees. On October 23, 2006, I called the Board and spoke with Judy, who would not give me her last name. She mentioned that information was on its website, under "Profession Statistics", at http://www.dopl.utah.gov/licensing/statistics/profession_statistics_template.html. She clarified for me that dentists with varying "Anesthesia Class" permits do not have overlapping licenses. Therefore, there are 2, 243 active dental licensees for Utah. See Exh. 13.

47.    On October 20, 2006, I called the Vermont Board of Dentistry. The recording said that the contact person was out of the office until October 23, 2006. On October 23, 2006, I called the Board again and left a voicemail message in its generic inbox. On October 24, 2006, Ms. Diane LaFelle returned my call, mentioned that the information was not on its website and told me that there are 509 active dental licensees for Vermont.

48.    On October 23, 2006, I called the Virginia Department of Health Professions. Ms. Sandy Reen told me that there was information on its website at http://www.dhp.state.va.us/dentistry/. See Exh. 14. There are 5,365 active dental licensees for Virginia.

49.    On October 20, 2006, I called the Washington State Dental Health Board. Jamie transferred me to Ms. Kathleen Troxell, who mentioned that the information was not on its website and that there are 5,660 active dental licensees for Washington.

50. On October 20, 2006, I called the West Virginia Board of Dental Examiners. Ms. Susan Combs mentioned that the information was not available on its website and told me that there are 1,219 active dental licensees for West Virginia.

51. On October 23, 2006, I called the Dentistry Examining Board for the State of Wisconsin, but received no answer. On October 24, 2006, I called the Board again and received no answer. On October 26, 2006, I called the Board again and was connected to the voicemail inbox of Karen and I left her a message. On November 1, 2006, I called the Board again and left a voicemail message in the generic inbox. On November 7, 2006, Cindy L, who would not give me her full last name, but told me that she was the receptionist, returned my call. She told me that the information was not available on the Board's website and that there are 3422 active dental licensees for Wisconsin.

52. On October 20, 2006, I called the Wyoming Board of Dental Examiners and left a voicemail message. On October 23, 2006, Ms. Brenda Cowley returned my call, mentioned that the information was not available on its website and told me that there are 458 active dental licensees for Wyoming.

53. On October 20, 2006, I called the District of Columbia Board of Dentistry. Sherry, who would not give me her last name, told me that there was a fee for the information, but that I should speak with Ms. Trina Jefcoat. Ms. Jefcoat told me that there are 1,325 active dental licensees for the District of Columbia.

54. In total there are 217,617 active dental licensees in the United States. Four hundred and twenty of these dentists are licensed in the State of Delaware.

55. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of November, 2006 at Washington, DC.

Naseema Shafi

DCI:#8129094

# EXHIBIT 1

Online Public Notices                                                    Commerce          find

# Professional Licensing Data Retrieval

State of Alaska    > Commerce    > Occupational Licensing    > Data Download

Note: To select more then one entry in the boxes below, hold the CTL key down while you click each of your choices with the mouse.

**Step 2** Choose at least one of the DENTAL program license types.

```
DENTAL BRANCH OFFICE PERMIT
DENTAL HYGENIST AUTHORIZED TO ADMINISTER LOCAL ANE
DENTAL HYGIENIST
DENTAL SPECIALIST
DENTIST
DENTIST WITH GENERAL ANESTHETIC PERMIT
DENTIST WITH PARENTERAL SEDATION PERMIT
TEMPORARY DENTAL HYGIENE LICENSE
```

**Step 2** You may limit your query to some Alaska locations by choosing some Alaska ZIP codes or Some Alaska cities.

- ⊙ **Get all records.**

- ○ **Some Alaska ZIP Codes**
- ○ **Some Alaska cities**

| Some Alaska ZIP Codes | Some Alaska cities |
|---|---|
| 99001 | 9 MILE FALLS |
| 99003 | ADAK |
| 99004 | AIRWAY HEIGHTS |
| 99005 | AKHIOK |
| 99006 | AKIACHAK |
| 99009 | AKIAK |
| 99011 | AKUTAN |
| 99012 | ALAKANUK |
| 99013 | ALEKNAGIK |
| 99016 | ALEXANDER CREEK |

**Step 4** Enter your Email address, choose from the radio buttons below and click "Continue." If you choose to e-mail the data, you will receive a file in your inbox shortly. Instructions for using the data are included in the body of the email. This is a free service and there is no user support available for this program.

### E-mail this document to:

- ○ **Get count and e-mail the data**
- ⊙ **Give me a count only**

[Continue]    [Reset]

Webmaster    Email Business and Professional Licensing    Email Corporations Search

## Quick Links...

› Buy a Business License
› Business License Search
› Professional License Search
› Download List of License Holders

## Of Interest...

› Business Licensing
› Small Business Development
› Other Occupations Licensed in Alaska
› Notices of Proposed Regulations



Applications may be viewed and printed with Adobe Acrobat Reader 6.0 or higher. If you do not have Adobe Acrobat Reader 6.0 or higher, please click on the Adobe logo and download the free software now. If you are unable to view or download an application, please contact us by telephone or e-mail. Providing your complete mailing address will enable us to mail you the application.

Other application forms are mailed to you or picked up at a division office. Completed applications must be signed and submitted to the division with the appropriate fees.

Online Public Notices        **Commerce**    find

# Professional Licensing Data Retrieval

State of Alaska   > Commerce   > Occupational Licensing   > Data Download



**The count for your query was: 676**

## Quick Links...

> Buy a Business License
> Business License Search
> Professional License Search
> Download List of License Holders

## Of Interest...

> Business Licensing
> Small Business Development
> Other Occupations Licensed in Alaska
> Notices of Proposed Regulations



Applications may be viewed and printed with Adobe Acrobat Reader 6.0 or higher. If you do not have Adobe Acrobat Reader 6.0 or higher, please click on the Adobe logo and download the free software now. If you are unable to view or download an application, please contact us by telephone or e-mail. Providing your complete mailing address will enable us to mail you the application.

Other application forms may be mailed to you or picked up at a division office. Completed applications must be signed and submitted to the division with the appropriate fees.

Webmaster     Email Business and Professional Licensing     Email Corporations Search

EXHIBIT 2

# ARKANSAS STATE BOARD OF DENTAL EXAMINERS

101 East Capitol Avenue, Suite 111 - Little Rock, Arkansas 72201
Phone: 501-682-2085 - Fax: 501-682-3543 - Email: asbde@arkansas.gov

Search

| Home | Licensure Information/Applications | Dental Practice Act | Board Communications |
| Dentist Roster Search | Hygienist Roster Search | Board Information | Complaint Inform |



## Dentist Roster

Click on the dentist's name for more information.

<< Back to Search                     1 to 20 of 1317 matches

| No. | Name | Degree | City | State | Specialty | License No. | Licensed |
|-----|------|--------|------|-------|-----------|-------------|----------|
| 1 | | | | | | | |
| 2 | Diane L. Abbey, DDS | DDS | Memphis | TN | None | 2716 | 02-21-19 |
| 3 | John Abernathy, DDS | DDS | Jonesboro | AR | None | 2377 | 01-10-19 |
| 4 | Edward F. Adair, DDS | DDS | Bentonville | AR | None | 1948 | 07-01-19 |
| 5 | Robert Edward Adair, DDS | DDS | Bentonville | AR | None | 3187 | 06-25-19 |
| 6 | Jeremy L. Adams, DDS | DDS | Marion | AR | None | 3569 | 06-12-20 |
| 7 | Sam Robert Adkisson, DDS | DDS | Missouri City | TX | Prosthodontics | 1367 | 07-07-19 |
| 8 | Anita L. Aebersold, DDS | DDS | Little Rock | AR | None | 2500 | 06-28-19 |
| 9 | John Thomas Ahrens, DMD | DMD | Mountain Home | AR | None | 2042 | 06-20-19 |
| 10 | Alan Ainley, DDS | DDS | Paragould | AR | None | 2613 | 06-15-19 |
| 11 | Charles F. Ainley, DDS | DDS | Paragould | AR | None | 1549 | 01-01-19 |
| 12 | George Ivan Alexander, DDS | DDS | Cotter | AR | None | 2889 | 02-14-19 |
| 13 | James G. Alexander Jr., DDS | DDS | West Memphis | AR | None | 2808 | 08-13-19 |
| 14 | William F. Alfonso, DDS | DDS | North Little Rock | AR | Oral Surgery | 2246 | 07-07-19 |
| 15 | Gregory Alan Alford, DMD | DMD | Hot Springs | AR | None | 2893 | 06-05-19 |
| 16 | James David Alford, DDS | DDS | Magnolia | AR | None | 2200 | 06-06-19 |
| 17 | James Douglas Allen, DDS | DDS | DeWitt | AR | None | 3490 | 07-19-20 |
| 18 | T. Scott Allen, DDS | DDS | Jonesboro | AR | Orthodontics | 3047 | 06-29-19 |
| 19 | Michael K. Alley, DDS | DDS | Sherwood | AR | None | 2745 | 08-12-19 |
| 20 | Nader E. Alley, DDS | DDS | Little Rock | AR | None | 3007 | 06-26-19 |

<< Back to Search                           1 to 20 of 1317 matches                                    N

Back to Search

Site Map | Privacy Policy | Accessibility Policy | Security Policy | FOI Info
©2003 Arkansas State Board of Dental Examiners. All Rights Reserved

# EXHIBIT 3



## Registrations Online Services - Licensee Database Request

Separate reports must be run for each license type and license status.

Please select criteria for your request:

License Type:    Dentist ▼

License Status:    Active ▼

Submit

### Download your Files (in .txt or .zip formats)

DEN03292.txt
DEN03292.zip

**For Internet Explorer users -**

1.  Right click on the link and choose Save Target As.
2.  Select a location on your computer to save the file.

**For Mozilla users -**

1.  Right click on the link and choose Save Link As.
2.  Select a location on your computer to save the file.

**For Netscape users -**

1.  Right click on the link and choose Save Link Target As.
2.  Select a location on your computer to save the file.

---

The standard report layout includes the following headers and is available in pipe-delimited files.

- Last Name
- First Name
- Middle Name
- Suffix
- Entity Name
- Mailing Address Line 1
- Mailing Address Line 2
- Mailing Address Line 3

Case 1:06-cv-00358-JJF          Document 56-2          Filed 11/22/2006          Page 10 of 56

- Mailing Address Line 4
- Mailing City
- Mailing State
- Mailing County
- Mailing ZIP code
- Mailing ZIP + 4
- License Type
- License Number
- License First Issue Date
- License Expiration Date
- License Status Description
- License Last Renewed Date
- Authority
- Speciality
- Title
- Degree
- Report Extract Date

Download the layout in a pipe-delimited text file: headers.txt *(Right click on the link and choose Save Target As or Save Link As or Save Link Target As)*

Frequently Asked Questions about licensee database requests

Give us your feedback
FAQs
Who to contact

**Federal Home Page || State Home Page || Department Home Page**

Privacy Statement | Disclaimer

Technical Assistance:
E-Mail System Support Unit
Version 3.01  October 19, 2006

**E-Mail the Division of Registrations**
**1560 Broadway, Suite 1350**
**Denver, CO 80202**
**(303) 894-7800 - Phone**
**(303) 894-7693 - Fax**
Relay Colorado
**(TTY (English & Spanish), Voice, VCO, ASCII, STS Assistance Numbers)**

# EXHIBIT 4

## Shafi, Naseema

**From:**    Carragher, Stephen [Stephen.Carragher@po.state.ct.us] on behalf of OPLC [oplc.dph@po.state.ct.us]
**Sent:**    Thursday, October 26, 2006 3:58 PM
**To:**      Shafi, Naseema
**Subject:** RE: Inquiry

There are 3,138 currently licensed dentists in CT.

Stephen B. Carragher
Health Program Supervisor
Office of Practitioner Licensing and Certification

**From:** Shafi, Naseema [mailto:NShafi@milbank.com]
**Sent:** Thursday, October 26, 2006 2:45 PM
**To:** OPLC
**Subject:** Inquiry

Furhter to my voicemail messages for Ms. Lynn Carbano,  dated 10/23 and in the general inbox, dated 10/24 - I write to formally request the number of active Connecticut Dental licensees.

Thanks in Advance,

Naseema Shafi

===========================================================

**IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.**

===========================================================

**This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**

10/26/2006

EXHIBIT 5

T
Skip left hand navigation and go to main body of page.



...to promote and protect the health and safety of all Floridians.

# Florida's health

**THE FLORIDA DEPARTMENT OF HEALTH**

-Subject List-                    G
directory | contact us | 411 | newsletters | Search | Webmas

## Public Health
About Us
Diseases & Conditions
Environmental Health
Epidemiology
HIPAA
Laboratory Services
Nursing
## Reports and Health Statistics
Health Statistics
Birth & Death Certificates
Father Registry
CHARTS
## Licenses & Permits
Drugs, Devices & Cosmetics
MQA Online Services
Licensure & Certification of Health Professionals
Permitting
## Emergencies
Brain & Spinal Cord Injury
Emergency Medical Operations
## Mothers and Children
Abstinence
Birth Defects Registry
Child Care Food Program
Childrens Medical Services
Immunization Services
Child & Adolescent Health
Chronic Disease Prevention
Maternal & Child Health
School Health
Women, Infants, & Children (WIC)
## Tobacco
Biomedical Research
Florida Clean Indoor Air Act
Health Access & Tobacco
Tobacco Prevention Program

Dentistry
## Current Licensees

**Profession Updates**

**Current Licensees**

**Renewal Information**

**Applicant Information**

**Consumer Information**

the road to quality health care

# MQA

*begins here*

**Final Order and Emerge**
**Action Search Screen**

**Meeting Agenda and Location**

**Reports and Minutes**

**Laws and Rules**
**Related and Contact Info**
**MQA Reports**

*Information provided in PDF format will require Adobe PDF Reader.
Information in PDF format will be indicated and will open in a new browser windov
The software is FREE from Adobe.

**NEW! 2006 Legislative Changes Affecting the Dental Profession**

2005 Legislation

**Call for Experts** - The Board of Dentistry is seeking licensees who are interested in
as expert reviewers for disciplinary cases. Experts are needed throughout the state
prosthodontic experts are particularly needed in the southeast area of the state. Inte
dentists in good standing, including those with specialty certifications, are urged to c
the board at the address below for details on duties and remuneration.

    Department of Health, Board of Dentistry
    4052 Bald Cypress Way, #C08
    Tallahassee, FL 32399-3258
    (850) 245-4474
    MQA_Dentistry@doh.state.fl.us

**NEW! Recent Dentistry Rule Updates**

**NEW! Maintaining Your License Without Discipline**

**IMPORTANT UPDATES –** Effective May 11, 2005, dentists and dental hygienists ar
longer required to complete instruction in laws, rules and ethics governing the practi
dentistry and dental hygiene to renew their license.

**Anesthesia permit holders** must complete at least four (4) hours of continuing edu
relating to anesthesia each biennium the permit is held. Effective May 24, 2005, this
includes two (2) hours dealing with the management of medical emergencies. These
would be included in the 30 hours of continuing education required by Section 466.0
F.S.

A dentist or dental hygienist does not need to take HIV/AIDS and Domestic Violence

Case 1:06-cv-00358-JJF    Document 56-2    Filed 11/22/2006    Page 15 of 56

current biennium if he or she completed either course in the previous biennium. If a
or dental hygienist elects not to take these two courses in the current biennium, they
substitute the courses for any board approved courses.

**Effective May 31, 2004 -** As part of the minimum standard of care, every dental offi
location shall be required to have an automatic external defibrillator by February 28,
Any dentist practicing after February 28, 2006 without an automatic external defibrill
site shall be considered to be practicing below the minimum standard of care.

**NEW! CE Broker Information for Providers and Licensees - Subscribe now an
receive services through February 28, 2006.**

**Profession Updates - Rule Updates/Commonly Requested Rules**

- Convenience Copies of Rules
- Florida Statutes, Chapter 466
- For a complete listing of the Board rules, please access the Florida Administr
  Code

**Renewal Information -** MQA Online Services account ID and passwords can be fou
directly on the renewal notice. If the licensee did not receive their renewal notice, the
Department can provide the licensee with their account ID and password over the te
or by email. To receive an account ID and password over the telephone, the license
contact the Department at (850) 488-0595 and press menu option 3. A member of th
Call Center can assist the licensee with this information. To receive an account ID a
password by email, the licensee can email their request to
LicensureServices@doh.state.fl.us.

- Financial Responsibility form

Continuing Education

**IMPORTANT UPDATE** - A dentist or dental hygienist does not need to take HIV/AIC
Domestic Violence in the current biennium if he or she completed either course in th
previous biennium. If a dentist or dental hygienist elects not to take these two cours
current biennium, they may substitute the courses for any board approved courses.

Applications and How to Apply (download now using Adobe Reader)

- General Anesthesia Permit Application

- Conscious Sedation Permit Application

- Pediatric Conscious Sedation Permit Application

How Do I Change My Name, Address, or Request a Duplicate License

Obtain a Written License Verification

Reporting Unlicensed Activity

Copyright© 2000-2004 State Of Florida
Privacy Statement * Disclaimer
Accessibility Information * Email Advisory

Florida Medical License Search

Skip left hand navigation and go to main body of page.

*...to promote and protect the health and safety of all Floridians.*


MyFlorida.com

**Florida's** health
THE FLORIDA DEPARTMENT OF HEALTH

**Other Provider Searches**

**Continuing Education**

**Return to MQA Services**

Search for
# Health Care Provider Information

Select from the search options to widen or narrow the search results (See Search Help.)
will be displayed at the bottom of this screen. Use ▲ and ▼ below to move to top o
screen.

◉ **Show Currently Licensed Providers**    ○ **Show Previously Licensed Providers**    ○ S

**All fields are optional.**

**Last Name :** [          ]

**First Name :** [          ]

**Profession :** [ Dental                    ▼ ]

**Business Name :** [          ]

**County :** [ -- ALL -- ▼ ]

**License :** [          ]    Enter License Prefix and License Number with no spac
leading zeroes or colons. Example: ME99999 or 0699
are a searching for an Exempt Drugs, Devices, & Cosr
License, enter 80 as the License Prefix. Example: 809

Copyright ©2000-2005 State Of Florida
Download Data|Contact Us|Privacy Statement|Disclaimer

Skip left hand navigation and go to main body of page.

*...to promote and protect the health and safety of all Floridians.*



# Florida's health

### THE FLORIDA DEPARTMENT OF HEALTH

**Other Provider Searches**

**Continuing Education**

**Return to MQA Services**

Search for

## Health Care Provider Information

Select from the search options to widen or narrow the search results (See Search Help.) will be displayed at the bottom of this screen. Use ▲ and ▼ below to move to top o screen.

⦿ Show Currently Licensed Providers      ○ Show Previously Licensed Providers      ○ S

**All fields are optional.**

| | |
|---|---|
| Last Name : | |
| First Name : | |
| Profession : | Dental |
| Business Name : | |
| County : | -- ALL -- |
| License : | |

Enter License Prefix and License Number with no spac leading zeroes or colons. Example: ME99999 or 0699! are a searching for an Exempt Drugs, Devices, & Cosi License, enter 80 as the License Prefix. Example: 809

▲
▼ Page 1 of 565 / 11283 Records

N

## Provider List

| License | Name | Profession | |
|---------|------|------------|--|
| DN 16184 | RUSHING, EMMA MARGARET | DENTIST | TAMPA |
| DN 8645 | AARON, RICHARD A . | DENTIST | JACKSON H |
| DN 17521 | AARON, SCOTT JASON | DENTIST | PLANTATIOI |
| DN 7776 | AARON, STEVEN D . | DENTIST | NORTH MIA |
| DN 11735 | ABADIN, JOSE R . | DENTIST | MIAMI |
| DN 5612 | ABAID, DOUGLAS N . | DENTIST | DEERFIELD |
| DN 12645 | ABBATE, JANE ANN | DENTIST | PALM BAY |
| DN 11919 | ABBEY, PATRICK A . | DENTIST | TAMPA |

| DN 14812 | ABBINANTI, DEAN C. | DENTIST | NAPLES |
| DN 16930 | ABBO, ELI | DENTIST | CARACAS |
| DN 4226 | ABBOTT, ANDREW H. | DENTIST | SAVANNAH |
| DN 3701 | ABBOTT, GEORGE G. | DENTIST | SAVANNAH |
| DN 14515 | ABBOTT, JERYL A. | DENTIST | MIDLOTHIAI |
| DN 9526 | ABBOTT, PHILLIP EDWARD | DENTIST | BARTOW |
| DN 8082 | ABDEL-FATTAH, REDA A. | DENTIST | BOCA RATO |
| DN 13486 | ABDEL-HAK, HUSSEIN M. | DENTIST | DEARBORN |
| DN 16642 | ABDELMONEM, RAFAH O. | DENTIST | PALM BAY |
| DN 12098 | ABDENNOUR, MARIO ELIAS | DENTIST | NORTH AND |
| DN 16512 | ABDO, OMAR S. | DENTIST | JUPITER |
| DN 3879 | ABDONEY, JAMES A. | DENTIST | TAMPA |

Page 1 of 565 / 11283 Records

**N**

Copyright ©2000-2005 State Of Florida
Download Data|Contact Us|Privacy Statement|Disclaimer

EXHIBIT 6



# SECRETARY OF STATE
## Cathy Cox
### . . . advancing the e-government revolution

> HOME  > CONTACT  > SEARCH
> ARCHIVES
> CORPORATIONS
> ELECTIONS
> PROFESSIONAL LICENSURE
> SECURITIES
> STATE CAPITOL

**Application/Payment Address**
P.O. Box 13446
Macon, GA 31208

**All Other Correspondence
(Physical Address)**
237 Coliseum Drive
Macon, GA 31217-3858

Board Offices
478.207.2440
478.207.1354 (fax)

Administrative Offices
478.207.1300
478.207.1363 (fax)

> License Verification
> Check the Status of an Application
> Download Forms
> Frequently Asked Questions
> Online License Renewal
> Board Members
> Board Meeting Information
> Board Meeting Minutes
> Professional Associations
> Georgia Law
> Board Rules
> Health Records Law
> Rules Waiver Register
> Proposed Rule Amendments
> HIPAA
> Online Newsletter
> Important Information: Responsibility/Obligation of Supervision
> Dental Complaint Form
> Board Policies
> Primary Source Verification
> Submit a Change of Address
> FDA Public Health Notification: Lead Exposure from Dental Films Stored in Lead-Lined Table-top Containers

## Required Display of License

*Pursuant to Georgia law, OCGA §43-11-45.1 "Every person licensed under this article shall display such license in a conspicuous place in such person's principal place of business." Failure to do so may result in disciplinary action by the board.*

The **Georgia Board of Dentistry** has eleven members who are appointed by the Governor, and is comprised of nine dentists, one dental hygienist, and one consumer member. The Board carries out its responsibility for protecting the public health in the practice of dentistry by regulating and enforcing the standards of practice.

Through the Dental Board's licensure process, the Board ensures that those applying for licensure in this state as a dentist or dental hygienist have acceptable education, training, and personal character to safely practice in Georgia. In carrying out its regulatory functions, the Board sets and defines standards to draw the line between safe and dangerous dental practices.

The Georgia Board of Dentistry fulfills its enforcement responsibilities by identifying and sanctioning those who practice below the accepted standards of the profession, or without the necessary qualifications. The Board generally meets once each month.

### Number of Active Licensees as of 10/19/2006

| Type | Count |
|---|---|
| Dentist | 5,171 |
| Public Health | 4 |
| Dental Faculty | 63 |
| Dental Hygienist | 6,014 |
| Dental Hygiene Faculty | 13 |
| General Anesthesia Permit | 146 |
| Conscious Sedation Permit | 179 |
| Temporary Dental Hygienist | 1 |
| Volunteer Dental | 2 |
| Provisional Conscious Sedation Permit | 1 |
| Enteral/Inhalation Conscious Sedation | 97 |

# EXHIBIT 7

TABLE 3

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
PROFESSIONAL AND VOCATIONAL LICENSING DIVISION
CURRENT LICENSES AS OF JULY 28, 2006

| Board, License Type | Location | Total | Individual | Corporation, Partnership | Sole Owner | Other |
|---|---|---|---|---|---|---|
| DH | | 783 | 783 | | | |
| | OAHU | 421 | 421 | | | |
| | HAWAII | 52 | 52 | | | |
| | MAUI | 60 | 60 | | | |
| | KAUAI | 18 | 18 | | | |
| | MOLOKAI | 4 | 4 | | | |
| | LANAI | | | | | |
| | MAINLAND | 226 | 226 | | | |
| | FOREIGN | 2 | 2 | | | |
| | OTHER | | | | | |
| DT | | 1424 | 1424 | | | |
| | OAHU | 789 | 789 | | | |
| | HAWAII | 101 | 101 | | | |
| | MAUI | 84 | 84 | | | |
| | KAUAI | 37 | 37 | | | |
| | MOLOKAI | 3 | 3 | | | |
| | LANAI | 1 | 1 | | | |
| | MAINLAND | 390 | 390 | | | |
| | FOREIGN | 19 | 19 | | | |
| | OTHER | | | | | |
| CSDT | | 18 | 18 | | | |
| | OAHU | 5 | 5 | | | |
| | HAWAII | 2 | 2 | | | |
| | MAUI | 3 | 3 | | | |
| | KAUAI | 1 | 1 | | | |
| | MOLOKAI | 1 | 1 | | | |
| | LANAI | | | | | |
| | MAINLAND | 5 | 5 | | | |
| | FOREIGN | 1 | 1 | | | |
| | OTHER | | | | | |
| CSDH | | 1 | 1 | | | |
| | OAHU | | | | | |
| | HAWAII | | | | | |
| | MAUI | | | | | |
| | KAUAI | | | | | |
| | MOLOKAI | | | | | |
| | LANAI | | | | | |
| | MAINLAND | 1 | 1 | | | |
| | FOREIGN | | | | | |
| | OTHER | | | | | |

7/28/2006

STATE OF HAWAII
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
PROFESSIONAL AND VOCATIONAL LICENSING DIVISION

GEOGRAPHIC REPORT (CURRENT LICENSES) AS OF July 28, 2006

The Geographic Report shows the number of current licenses by license type, by island, and by type of entity. It is sorted first by board code, then alphabetically by license code. The totals for a board follow the breakdown of that board's license types.

As an example, the four license types that fall under the Board of Professional Engineers, Architects, Surveyors, and Landscape Architects (board code: 370) are listed in the table in this order: AR, LA, LS, PE, followed by Board 370 totals.

Table 1 lists the board codes, Table 2 the license codes, and Table 3 is the Geographic Report.

**TABLE 2**

PROFESSIONAL AND VOCATIONAL LICENSING DIVISION
LICENSE CODES

| | |
|---|---|
| ACU | ACUPUNCTURIST |
| AD | ACTIVITY DESKS |
| ADB | ACTIVITY DESK BRANCH |
| AMD | CERTIFIED PHYSICIAN ASSISTANT |
| APRN | ADVANCED PRACTICE REGISTERED NURSE RECOGNITION |
| AR | ARCHITECT |
| AUC | AUCTION |
| AUD | AUDIOLOGIST |
| BAR | BARBER |
| BAS | BARBER SHOP |
| BEO | BEAUTY OPERATOR |
| BSC | BEAUTY SCHOOL |
| BSH | BEAUTY SHOP |
| CB | MOTOR VEHICLE BROKER |
| CCV | CONSUMER CONSULTANT VEHICLE |
| CE | CEMETERY AUTHORITY |
| CGA | CERTIFIED GENERAL APPRAISER |
| CHO | CONDOMINIUM HOTEL OPERATOR |
| COLA | COLLECTION AGENCY |
| COLAX | EXEMPT OUT-OF-STATE COLLECTION AGENCY |
| CPA | CERTIFIED PUBLIC ACCOUNTANT |
| CRA | CERTIFIED RESIDENTIAL APPRAISER |
| CS | MOTOR VEHICLE SALESPERSON |
| CSDH | COMMUNITY SERVICE DENTAL HYGIENIST |
| CSDT | COMMUNITY SERVICE DENTIST |
| CT | CONTRACTOR |
| DC | CHIROPRACTOR |
| DH | DENTAL HYGIENIST |
| DIO | DISPENSING OPTICIAN |
| DIS | DISTRIBUTOR |
| DOS | OSTEOPATHIC PHYSICIAN AND SURGEON |
| DOSR | OSTEOPATHIC RESIDENT |
| DT | DENTIST |
| EJ | JOURNEYMAN ELECTRICIAN |
| EJI | JOURNEYMAN INDUSTRIAL ELECTRICIAN |
| EJS | JOURNEYMAN SPECIALTY ELECTRICIAN |
| EL | ELECTROLOGIST |
| EM | MAINTENANCE ELECTRICIAN |
| EMA | EMPLOYMENT AGENCY |
| EMB | EMPLOYMENT AGENCY BRANCH OFFICE |
| EMP | PRINCIPAL AGENT OF EMPLOYMENT AGENCY |
| EMTB | EMERGENCY MEDICAL TECHNICIAN-BASIC |
| EMTP | EMERGENCY MEDICAL TECHNICIAN-PARAMEDIC |
| ES | SUPERVISING ELECTRICIAN |
| ESI | SUPERVISING INDUSTRIAL ELECTRICIAN |
| ESS | SUPERVISING SPECIALTY ELECTRICIAN |
| EVM | ELEVATOR MECHANIC |

# EXHIBIT 8

## Shafi, Naseema

**From:**     Susan Miller [susan.miller@isbd.idaho.gov]
**Sent:**     Monday, October 23, 2006 2:27 PM
**To:**     Shafi, Naseema
**Subject:** RE: Active Licensees

There are 1,065 active status dentists licensed by the Idaho Board of Dentistry.

Sincerely,

Susan Miller
Idaho Board of Dentistry

---

**From:** Shafi, Naseema [mailto:NShafi@milbank.com]
**Sent:** Monday, October 23, 2006 12:20 PM
**To:** Susan Miller
**Cc:** Phan, Nga
**Subject:** Active Licensees

Ms. Miller:

Further to our phone conversation on October 19, 2006, I write to formally request the number of Active Licensees in General Dentistry who are licensed by the State of Idaho. I appreciate your assistance with this matter.

Very Truly Yours,
Naseema Shafi
Legal Assistant

================================================================

**IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.**

================================================================

**This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**

EXHIBIT 9

State of Illinois | Division of Professional Regulation

## Division of Professional Regulation

E. Bluthardt, Director

Rod R. Blagoj

**Division Links**

IDFPR Home
Applicant Services
Consumer Services
Disciplinary Services
Employer Services
Licensee Services
Related Links
Division Overview
General FAQ's
Small Business Advisories (DCEO)
IDFPR Divisions:
Banking
Financial Institutions
Insurance
Professional Regulation

☐ **State Links**

Search Illinois

[Go] [Search Tips]

**Consumer Services**

──────────────

**Mailing Address Springfield Office:**
320 West Washington St
Springfield, IL 62786
[Directions]

**Chicago Office:**
James R. Thompson Ctr
100 W. Randolph St
Suite 9-300
Chicago, IL 60601
[Directions]

**Telephone Springfield Office:**
(217)785-0800
(For Real Estate Calls Please Use 217-782-

### Consumer Services

| **S**elect **A** **P**rofession **T**itle to view | Profession Acts & Rules<br>Licensure Applications<br>Certifications/Verifications<br>Email Profession Specific Questions<br>Address Changes<br>Online License Renewal |
|---|---|

To access your profession page choose a profession from the list of options below:

[Select a Profession ▾]

**View a list of All Professions**

**Did you Know?**



**E**xpress **A**ccess License Look-up provides a search of the IDFPR profession database. This database offers information on professionals who hold a professional license in the State of Illinois and are regulated by this division. Select a search criteria to look up your doctor, nurse, veterinarian and **MORE>>>**


Boxing Results

Information for Professional Boxing Events taking place in the State of Illinois is available here. Click on an event from the list and then click on "Select Event". Please note that only Boxing Events after November 27, 2002

**Consumer Services**

Act & Rules
Certifications
Disciplinary Reports
File a Complaint
License Look-up
News Releases
Number of Active Licenses
Proposed Rules
Renewals
Boxing Application

**File a Complaint**

Complaints against any individual or entity regulated by the Division of Professional Regulation may be filed by contacting the Complaint Intake Unit:

**File a complaint by Email**

**Department of Financial and Professional Regulation Division of Professional Regulation Complaint Intake Unit 100 West Randolph Street, Suite 9-300 Chicago, IL 60601**

3414)
(217)524-6735
TDD
(217)782-7645
FAX
**Chicago:**
(312)814-4500

are available.

**Phone:
312/814-
6910**



Latest News 



 Credit Card

Online Print

 E-Batch

° Renewal Newsletters
° e-Batch Agreement

**Chicago Dentist Loses License**

**Important Notice Regarding Out-of-State Certified Public Accountants**

**Important Notice: Home Inspector and Home Inspector Entity License Numbers have Changed**

**Registered Certified Public Accountant Online Application**

**Professional Regulation July 2006 Disciplinary Report**

**Nursing Center Advisory Board**

**Department Suspends License of Chicago-area Podiatrist**

**Gov. Blagojevich signs law to make sure medicines on pharmacy shelves are safe**

**Real Estate Disciplines Available for January - May 2006**

**Blagojevich Administration Enacts Salon Safety Rules to Prevent Infections**

**Professional Regulation January 2006 Disciplinary Report**

**Real Estate Professions Moves to Division of Professional Regulation**

**Three Complaints Filed Against Pharmacies for Failure to Dispense Contraceptives**

**IDFPR Announces New Registration Packets For Surgical Assistants**

**and Surgical
Technologists**

**Department Suspends
License of Rockford
Area Physician**

**Department Suspends
License of Alan
Olefsky , MD**

**Chicago-based Security
Guard License
Suspended after
Assault Arrest**

**Department Suspends
License of Angelo
Consiglio, MD**

**Illinois Nurse Raymond
Marquez Nursing
License Suspended
after Burglary Arrest**

Note: Access to some parts of this site require a
minimum version of Internet Explorer 5.0 and
above, *Netscape Navigator 6 and above and IBM
Homepage Reader 3.0 and above.

* (Certain applications may be viewed and all
information is accessible using Netscape 4.7 but
due to the age of the browser and the lack of
standards in place at the time of its development it
will not display/handle the pages as effectively as
newer browsers.)

Copyright © 2005 Financial & Professional
Regulation                | Illinois Privacy Information | IDFPR Privacy Statement | Kids Privacy | Web
Accessibility

Close this page.

# NUMBER OF ACTIVE LICENSES MONTHLY REF

| PROFESSION | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|
| **ACUPUNCTURISTS** | | | | | | |
| Acupuncturists (198) | 498 | 502 | 510 | | | |
| Acupuncture Guest Instructor (219) | 1 | 1 | 1 | | | |
| Acupuncture CE Sponsor (225) | 8 | 8 | 10 | | | |
| **ARCHITECTURE** | | | | | | |
| Architect (901) | 8,848 | 8,857 | 7,731 | | | |
| **ATHLETIC TRAINING** | | | | | | |
| Athletic Trainer (096) | 1,158 | 1,203 | 1,242 | | | |
| Athletic Trainer CE Sponsor (186) | 4 | 4 | 4 | | | |
| **BCENT** | | | | | | |
| Barber (006) | 5,769 | 5,783 | 5,815 | | | |
| Barber School (008) | 13 | 13 | 13 | | | |
| Barber Teacher (007) | 112 | 113 | 113 | | | |
| B.C.E.N.T. CE Sponsor (190) | 233 | 234 | 234 | | | |
| Cosmetologist (011) | 59,935 | 60,402 | 60,899 | | | |
| Cosmetology School (013) | 96 | 97 | 91 | | | |
| Cosmetology School --State Owned (015) | 20 | 20 | 17 | | | |
| Cosmetology Teacher (012) | 1,607 | 1,616 | 1,441 | | | |
| Cosmetology Clinical Teacher (205) | 1 | 1 | 1 | | | |
| Esthetician (131) | 2,999 | 3,026 | 3,099 | | | |
| Esthetician Teacher (132) | 69 | 69 | 61 | | | |
| Esthetician Clinical Teacher (206) | | | | | | |
| Nail Technology School (171) | 19 | 20 | 20 | | | |
| Nail Technician (169) | 10,779 | 10,803 | 9,760 | | | |
| Nail Technology Teacher (170) | 113 | 117 | 113 | | | |
| Nail Technician Clinical Teacher (207) | 0 | 0 | 0 | | | |
| Salon/Shop Registration (189) | 6,512 | 6,596 | 5,341 | | | |
| School of Esthetics (133) | 8 | 8 | 8 | | | |
| **COLLECTION AGENCY** | | | | | | |
| Collection Agency (017) | 647 | 660 | 665 | | | |
| Collection Agency Branch Office (009) | 141 | 148 | 144 | | | |
| **CONTROLLED SUBSTANCE** | | | | | | |
| Controlled Substance Manufacturer/Distributor (097) | 536 | 542 | 543 | | | |
| **DENTISTRY** | | | | | | |
| Dental/Dental Hygiene CE Sponsor (174) | 36 | 36 | 33 | | | |
| Dental Hygienist (020) | 6,967 | 6,910 | 6,300 | | | |
| Dental Sedation Permit (137) | 523 | 525 | 507 | | | |
| Dental Specialist (021) | 1,385 | 1,385 | 1,314 | | | |
| Dentist (019) | 9,948 | 9,865 | 9,301 | | | |
| Dentist--Controlled Substance (319) | 8,179 | 8,183 | 7,819 | | | |
| Temporary Dentist (018) | 95 | 98 | 100 | | | |
| Temporary Dental Teaching (136) | 29 | 30 | 31 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **DETECTION OF DECEPTION** | | | | | | |
| Detection of Deception (094) | 102 | 102 | 102 | | | |
| Lie Detection Intern (063) | 3 | 3 | 3 | | | |
| **DETECTIVE, ALARM, SECURITY AND LOCKSMITH** | | | | | | |
| 20-Hour Firearm Training Program, Approved (102) | 264 | 264 | 264 | | | |
| Alarm Contractor (124) | 641 | 643 | 643 | | | |
| Alarm Contractor Agency (127) | 440 | 442 | 443 | | | |
| Alarm Contractor Branch Office (128) | 42 | 42 | 42 | | | |
| Detective Agency (117) | 485 | 486 | 490 | | | |
| Detective Agency Branch Office (118) | 37 | 37 | 38 | | | |
| Locksmith (191) | 493 | 492 | 491 | | | |
| Locksmith Agency (192) | 114 | 113 | 112 | | | |
| Locksmith Agency Branch Office (193) | 9 | 9 | 9 | | | |
| Permanent Employee Registration Cards (129) | 43,686 | 44,957 | 45,968 | | | |
| Private Detective (115) | 956 | 961 | 962 | | | |
| Proprietary Security Force (120) | 73 | 75 | 76 | | | |
| Security Contractor (119) | 454 | 460 | 459 | | | |
| Security Contractor Agency (122) | 329 | 333 | 335 | | | |
| Security Contractor Branch Office (123) | 77 | 77 | 78 | | | |
| Security Guard School (201) | 234 | 234 | 234 | | | |
| Firearm Authorization Card (229) | 5,621 | 5,518 | 5,624 | | | |
| Original Firearm Training (230) | 106,371 | 106,526 | 106,604 | | | |
| **DIETETICS AND NUTRITION** | | | | | | |
| Dietitian (164) | 2,862 | 2,881 | 2,898 | | | |
| Dietitian/Nutrition Counselor CE Sponsor (199) | 5 | 5 | 5 | | | |
| **ELECTROLOGY** | | | | | | |
| Licensed Electrologist (220) | 122 | 131 | 133 | | | |
| **ENVIRONMENTAL HEALTH** | | | | | | |
| Environmental Health Practitioner (183) | 512 | 518 | 518 | | | |
| Environmental Health Practitioner CE Sponsor (200) | 14 | 14 | 14 | | | |
| Environmental Health Practitioner in Training (221) | 123 | 123 | 123 | | | |
| **EUTHANASIA** | | | | | | |
| Certified Euthanasia Agency (228) | 23 | 24 | 24 | | | |
| Certified Euthanasia Technician (235) | 79 | 79 | 82 | | | |
| Certified Euthanasia Agency Controlled Substance (328) | 20 | 21 | 21 | | | |
| **FUNERAL DIRECTING AND EMBALMING** | | | | | | |
| Funeral Director and Embalmer (034) | 2,781 | 2,792 | 2,797 | | | |
| Funeral Director and Embalmer Trainee (033) | 212 | 218 | 227 | | | |
| Funeral Director (031) | 118 | 118 | 119 | | | |
| **GEOLOGY** | | | | | | |
| Geologist (196) | 841 | 850 | 851 | | | |
| **HOME MEDICAL EQUIPMENT SERVICES PROVIDER** | | | | | | |
| Home Medical Equipment Services Provider (203) | 583 | 587 | 595 | | | |
| **INTERIOR DESIGN** | | | | | | |
| Interior Designer (161) | 1,581 | 1,588 | 1,589 | | | |
| Residential Interior Designer (185) | 101 | 101 | 101 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **LAND SURVEYING** | | | | | | |
| Land Surveyor (035) | 1,363 | 1,364 | 1,134 | | | |
| Land Surveyor in Training (028) | 301 | 301 | 301 | | | |
| **LANDSCAPE ARCHITECTURE** | | | | | | |
| Landscape Architect (157) | 789 | 791 | 806 | | | |
| **MAIL ORDER OPTHALMIC PROVIDER** | | | | | | |
| Mail Order Opthalmic Provider (210) | 7 | 7 | 9 | | | |
| **MARRIAGE AND FAMILY THERAPY** | | | | | | |
| Marriage & Family Therapist (166) | 419 | 419 | 420 | | | |
| Associate Marriage & Family Therapist (208) | 62 | 65 | 67 | | | |
| Marriage & Family Therapist CE Sponsor (168) | 50 | 50 | 50 | | | |
| **MASSAGE THERAPY** | | | | | | |
| Massage Therapist (227) | 6,746 | 6,880 | 6,968 | | | |
| **MEDICAL** | | | | | | |
| Chiropractic Physician (038) | 3,823 | 3,847 | 3,867 | | | |
| Osteopath (037) | 0 | 0 | 0 | | | |
| Osteopath/Obstetrician (055) | 0 | 0 | 0 | | | |
| Medical CE Sponsor (204) | 1 | 1 | 1 | | | |
| Physician & Surgeon (036) | 39,997 | 40,231 | 40,331 | | | |
| Physician & Surgeon Controlled Subst. (336) | 35,364 | 35,617 | 35,744 | | | |
| Visiting Physician Permit (106) | 18 | 15 | 16 | | | |
| Visiting Professor Permit (113) | 9 | 9 | 7 | | | |
| Visiting Chiropractor Physician Permit (114) | 0 | 0 | 0 | | | |
| Temporary Physician and Surgeon (125) | 5,193 | 5,146 | 5,154 | | | |
| Limited Temporary Physician and Surgeon (130) | 6 | 13 | 15 | | | |
| Temporary Visiting Resident Permit (188) | 25 | 26 | 30 | | | |
| **MEDICAL CORPORATION** | | | | | | |
| Medical Corporation (042) | 3,425 | 3,449 | 3,460 | | | |
| **NAPRAPATHY** | | | | | | |
| Naprapath (181) | 211 | 211 | 211 | | | |
| Temporary Naprapath (182) | | | | | | |
| Naprapath CE Sponsor (241) | 1 | 1 | 1 | | | |
| **NURSING** | | | | | | |
| Licensed Practical Nurse (043) | 28,312 | 28,559 | 28,816 | | | |
| Registered Nurse (041) | 145,869 | 147,539 | 148,377 | | | |
| Advanced Practice Nurse (209) | 5,272 | 5,362 | 5,391 | | | |
| Advanced Practice Nurse CE Sponsor (236) | 0 | 0 | 0 | | | |
| Advanced Practice Nurse Controlled Substance (309) | 2,381 | 2,428 | 2,454 | | | |
| **NURSING HOME ADMINISTRATION** | | | | | | |
| Nursing Home Administrator (044) | 2,002 | 2,016 | 2,027 | | | |
| Temporary Nursing Home Administrator (045) | 83 | 95 | 102 | | | |
| NHA CE Sponsor (139) | 78 | 78 | 82 | | | |
| **OCCUPATIONAL THERAPY** | | | | | | |
| Occupational Therapist (056) | 4,475 | 4,510 | 4,537 | | | |
| Occupational Therapy Assistant (057) | 1,682 | 1,710 | 1,725 | | | |
| Occupational Therapy CE Sponsor (224) | 70 | 70 | 70 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **OPTOMETRY** | | | | | | |
| Optometrist (046) | 1,830 | 1,837 | 1,840 | | | |
| Optometrist Ancillary Office (047) | 2,172 | 2,253 | 2,310 | | | |
| Optometry CE Sponsor (138) | 24 | 24 | 24 | | | |
| Optometrist Controlled Substance (346) | 1,556 | 1,584 | 1,590 | | | |
| Optometric Limited (244) | 28 | 29 | 29 | | | |
| Optometric Limited Residency (222) | 0 | 0 | 0 | | | |
| **ORTHOTICS, PROSTHETICS, PEDORTHICS** | | | | | | |
| Orthotics (213) | 183 | 184 | 186 | | | |
| Pedorthics (212) | 90 | 91 | 92 | | | |
| Prosthetics (211) | 161 | 162 | 162 | | | |
| **PERFUSIONIST** | | | | | | |
| Licensed Perfusionist (214) | 198 | 199 | 200 | | | |
| **PHARMACY** | | | | | | |
| Division I Pharmacy (054) | 2,646 | 2,662 | 2,664 | | | |
| Division II Pharmacy (058) | 77 | 80 | 80 | | | |
| Division III Pharmacy (059) | 232 | 232 | 232 | | | |
| Division IV Pharmacy (064) | 23 | 23 | 23 | | | |
| Division V Pharmacy (093) | 80 | 79 | 79 | | | |
| Pharmacy Controlled Substance (320) | 2,923 | 2,936 | 2,940 | | | |
| Assistant Pharmacist (050) | 4 | 4 | 4 | | | |
| Pharmacist (051) | 14,404 | 14,579 | 14,660 | | | |
| Pharmacy Technician (049) | 32,680 | 33,450 | 34,222 | | | |
| **PHYSICAL THERAPY** | | | | | | |
| Physical Therapist (070) | 8,339 | 8,320 | 8,062 | | | |
| Physical Therapy Assistant (160) | 3,162 | 3,189 | 3,225 | | | |
| Physical Therapy CE Sponsor (216) | 124 | 125 | 124 | | | |
| **PHYSICIAN ASSISTANT** | | | | | | |
| Physician Assistant (085) | 1,581 | 1,627 | 1,653 | | | |
| Physician Assistant Controlled Substance (385) | 1,184 | 1,219 | 1,224 | | | |
| **PODIATRY** | | | | | | |
| Podiatric Physician Controlled Substance (316) | 1,054 | 1,056 | 1,057 | | | |
| Podiatric Physician (016) | 1,166 | 1,168 | 1,170 | | | |
| Podiatry CE Sponsor (151) | 10 | 10 | 10 | | | |
| Temporary Podiatric Physician (135) | 29 | 29 | 29 | | | |
| Visiting Podiatrist (134) | 0 | 0 | 0 | | | |
| **PROFESSIONAL BOXING** | | | | | | |
| Professional Boxing (002) | 650 | 684 | 715 | | | |
| **PROFESSIONAL COUNSELING** | | | | | | |
| Clinical Professional Counselor (180) | 5,149 | 5,157 | 5,159 | | | |
| Temporary Clinical Professional Counselor (179) | 0 | 0 | 0 | | | |
| Professional Counselor (178) | 2,471 | 2,507 | 2,520 | | | |
| Temporary Professional Counselor (177) | 0 | 0 | 0 | | | |
| CE Sponsor for Professional Counselors (197) | 112 | 114 | 115 | | | |
| **PROFESSIONAL DESIGN FIRM REGISTRATION** | | | | | | |
| Professional Design Firm Registration (184) | 3,387 | 3,408 | 3,435 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **PROFESSIONAL ENGINEERING** | | | | | | |
| Engineer Intern (061) | 21,016 | 21,084 | 21,123 | | | |
| Professional Engineer (062) | 17,635 | 17,669 | 17,758 | | | |
| **PROFESSIONAL SERVICE CORPORATION** | | | | | | |
| Professional Service Corporation (060) | 3,842 | 3,870 | 3,890 | | | |
| **PSYCHOLOGY** | | | | | | |
| Clinical Psychologist (071) | 4,204 | 4,173 | 3,988 | | | |
| Psychological Association (098) | 8 | 8 | 8 | | | |
| Psychological Partnership (073) | 4 | 4 | 4 | | | |
| **PUBLIC ACCOUNTING** | | | | | | |
| Licensed Public Accountant (065) | 14,273 | 14,168 | 12,764 | | | |
| Registered Certified Public Accountant (239) | 2,663 | 3,755 | 7,128 | | | |
| Temporary Registered Certified Public Accountant (240) | 320 | 348 | 376 | | | |
| Public Accounting Firm (066) | 615 | 615 | 550 | | | |
| Public Accountant CE Sponsor (158) | 566 | 574 | 579 | | | |
| **RESPIRATORY CARE** | | | | | | |
| Respiratory Care Therapist (194) | 5,121 | 5,174 | 5,206 | | | |
| Respiratory Care Therapist CE Sponsor (195) | 16 | 16 | 17 | | | |
| **ROOFING** | | | | | | |
| Roofing Contractor (104) | 4,058 | 4,073 | 3,902 | | | |
| Qualifying Party Roofing Contractor (105) | 5,131 | 5,150 | 5,150 | | | |
| **SHORTHAND REPORTING** | | | | | | |
| Certified Shorthand Reporter (084) | 2,160 | 2,161 | 2,165 | | | |
| Restricted Shorthand Reporter (083) | 14 | 14 | 14 | | | |
| Shorthand Reporter CE Sponsor (187) | 10 | 10 | 10 | | | |
| **SOCIAL WORK** | | | | | | |
| Clinical Social Worker (149) | 9,050 | 9,109 | 9,156 | | | |
| Social Worker (150) | 3,188 | 3,260 | 3,307 | | | |
| Social Work CE Sponsor (159) | 480 | 485 | 489 | | | |
| Temporary Clinical Social Worker (215) | 0 | 0 | 0 | | | |
| **SPEECH-LANGUAGE PATHOLOGY AND AUDIOLOGY** | | | | | | |
| Audiologist (147) | 708 | 711 | 714 | | | |
| Speech-Language Pathologist (146) | 5,648 | 5,687 | 5,729 | | | |
| Speech-Language Pathologist/Audiologist CE Sponsor (202) | 50 | 50 | 51 | | | |
| Speech-Language Pathology Assistant (217) | 156 | 156 | 157 | | | |
| Speech-Language Pathologist Temporary (242) | 285 | 345 | 375 | | | |
| **STRUCTURAL ENGINEERING** | | | | | | |
| Structural Engineer (081) | 2,388 | 2,395 | 2,009 | | | |
| Structural Engineer Intern (082) | 43 | 43 | 44 | | | |
| **SURGICAL ASSISTANT** | | | | | | |
| Surgical Assistant (238) | 115 | 117 | 125 | | | |
| Surgical Technologist (237) | 32 | 33 | 34 | | | |
| **VETERINARY MEDICINE** | | | | | | |
| Veterinarian (090) | 3,825 | 3,846 | 3,859 | | | |
| Veterinarian Technician (095) | 663 | 701 | 717 | | | |
| Veterinarian Controlled Substance (390) | 2,294 | 2,330 | 2,339 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Veterinary CE Programs (218) | 88 | 97 | 97 | | | |
| **WHOLESALE DRUG DISTRIBUTION** | | | | | | |
| Wholesale Drug Distributor (004) | 1,061 | 1,076 | 1,080 | | | |
| Wholesale Drug Dist. Controlled Sub. (304) | 387 | 392 | 391 | | | |
| | | | | | | |
| **TOTAL  ACTIVE  LICENSES - ALL  STATES** | 785,576 | 793,229 | 793,668 | 0 | 0 | 0 |

EXHIBIT 10



# OKLAHOMA BOARD OF DENTISTRY

*"Keeping a Smile on Your Face"*









## STATISTICAL REPORT
**April 1, 2006**

TOTAL LICENTIATES, REGISTRANTS, AND PERMIT HOLDERS

| YEAR | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|
| **In-State Dentists** | 1,563 | 1,548 | 1,533 | 1,511 | 1,514 |
| **Out-Of-State Dentists** | 294 | 291 | 292 | 303 | 295 |
| **Fee Exempt Dentists** | 207 | 186 | 199 | 187 | 171 |
| **Retired Dentists** | 188 | 202 | 194 | 198 | 203 |
| **In-State Dental Hygienists** | 1,415 | 1,359 | 1,301 | 1,252 | 1,216 |
| **Out-Of-State Dental Hygienists** | 271 | 260 | 252 | 237 | 224 |
| **Fee Exempt Dental Hygienists** | 15 | 13 | 12 | 8 | 6 |
| **Retired Dental Hygienists** | 43 | 43 | 42 | 37 | 37 |
| **General Anesthesia Permits** | 64 | 61 | 59 | 58 | 59 |
| **Faculty Permits** | 12 | 5 | 4 | 10 | 6 |
| **Temporary Dental Hygiene Permits** | 5 | 4 | 9 | 3 | 8 |
| **Dental Laboratory Permits** | 156 | 159 | 155 | 158 | 162 |
| **Certificates of Training - DA** | 2,306 | 2,219 | 2,102 | 2,047 | 1,986 |
| **Dental Dispensers of Dangerous Drugs** | 591 | 556 | 516 | 518 | 558 |
| **Conscious Sedation Permit** | 31 | 32 | 29 | 31 | 31 |
| **Pediatric Conscious Sedation Permit** | 51 | 48 | 40 | 6 | |
| **Facility Permit** | 47 | 44 | | | |
| TOTAL | 7,259 | 7,030 | 6,739 | 6,564 | 6,476 |

***Oklahoma Board of Dentistry***
*201 N.E. 38th Terr., #2 - Oklahoma City, OK 73105*
TEL: (405) 524-9037    FAX: (405) 524-2223
Email: **dentist@oklaosf.state.ok.us**

**Business Hours:  Monday-Friday 8:30am to 4:30pm**



EXHIBIT 11



# TENNESSEE.GOV



*The Official Web Site of the State of Tennessee*

Department of Health
Kenneth S. Robinson, MD, Commissioner

Home | Programs | Licensing | Statistics & Data | Online Services | Forms and Publications | Contact Us

# Licensure Verification

## SEARCH RESULTS

**Page 1 of 159**

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 ▶

1. ABBEY DDS, DIANE L
MEMPHIS, TN 38119

   **Profession:** Dentist
   **Rank:** Dentist

   License Number: 3415
   *Status:* Active
   Original Date: 02/26/1979
   Expiration Date: 11/30/2007

   View:
   *Practitioner Profile*

2. ABBOTT DDS, LARRY E
ETOWAH, TN 37331

   **Profession:** Dentist
   **Rank:** Dentist

   License Number: 3274
   *Status:* Active
   Original Date: 04/17/1978
   Expiration Date: 07/31/2007

   View:
   *Practitioner Profile*

3. ABERNATHY DDS, FREDERICK H
PULASKI, TN 38478

   **Profession:** Dentist
   **Rank:** Dentist

   License Number: 5019
   *Status:* Active
   Original Date: 07/06/1988
   Expiration Date: 07/31/2008

   View:
   *Practitioner Profile*

4. ABERNATHY JR DDS, MOULTON D
DECATURVILLE, TN 38329

   **Profession:** Dentist
   **Rank:** Dentist
   **Qualifications:**
   Limited Conscious Sedation

   License Number: 3005
   *Status:* Active
   Original Date: 07/26/1976
   Expiration Date: 06/30/2008

   View:
   *Practitioner Profile*

5. ABRAHAMSEN DDS, THOMAS C.
MEMPHIS, TN 38111

   **Profession:** Dentist
   **Rank:** Dentist

   License Number: 7448
   *Status:* Inactive
   Original Date: 02/03/1998
   Expiration Date: 10/31/1999

   View:
   *Practitioner Profile*

6. ABRAMS DDS, MICHAEL E
MEMPHIS, TN 38107

   **Profession:** Dentist
   **Rank:** Dentist

   License Number: 4094
   *Status:* Inactive
   Original Date: 02/14/1983
   Expiration Date: 12/31/1984

   View:
   *Practitioner Profile*

7. ABU-EL-HAWA , NADER ISA
NASHVILLE, TN 37221

   License Number: 7725
   *Status:* Inactive
   Original Date: 01/26/2000

   View:
   *Practitioner Profile*

**Profession:** Dentist
**Rank:** Dentist

                               **Expiration Date:** 07/31/2003

8. ACHORN , FRANK PERRON
SOMERVILLE, TN 38068

**License Number:** 8343
*Status:* Active
**Original Date:** 02/23/2005
**Expiration Date:** 05/31/2008

View:
*Practitioner Profile*

**Profession:** Dentist
**Rank:** Dentist

9. ACKER DDS, ROBERT E
KNOXVILLE, TN 37923

**License Number:** 5776
*Status:* Inactive
**Original Date:** 01/01/1944
**Expiration Date:** 12/31/1992

View:

**Profession:** Dentist
**Rank:** Dentist

10. ACKER , TANISHA MOORE
MEMPHIS, TN 38125

**License Number:** 8087
*Status:* Active
**Original Date:** 07/28/2003
**Expiration Date:** 10/31/2008

View:
*Practitioner Profile*

**Profession:** Dentist
**Rank:** Dentist

11. ACKERSON DDS, DAVID F
KNOXVILLE, TN 37922

**License Number:** 1782
*Status:* Active
**Original Date:** 01/01/1966
**Expiration Date:** 11/30/2006

View:
*Practitioner Profile*

**Profession:** Dentist
**Rank:** Dentist

12. ACOSTA , JOHN A.
GERMANTOWN, TN 38138

**License Number:** 7024
*Status:* Active
**Original Date:** 07/06/1994
**Expiration Date:** 05/31/2008

View:
*Practitioner Profile*

**Profession:** Dentist
**Rank:** Dentist
**Specialties:**
  Pediatric Dnstry (Pedodontics)

13. ADAM DDS, JENNIFER JOHNSON
NASHVILLE, TN 37206

**License Number:** 7345
*Status:* Active
**Original Date:** 07/09/1997
**Expiration Date:** 01/31/2007

View:
*Practitioner Profile*

**Profession:** Dentist
**Rank:** Dentist
**Specialties:**
  Pediatric Dnstry (Pedodontics)
**Qualifications:**
  Nitrous Oxide

14. ADAMS , BROOKE NICOLE
FRANKLIN, TN 37064

**License Number:** 8370
*Status:* Active
**Original Date:** 05/25/2005
**Expiration Date:** 06/30/2008

View:
*Practitioner Profile*

**Profession:** Dentist
**Rank:** Dentist

15. ADAMS JR, GEORGE AUSTIN
NASHVILLE, TN 37205

**License Number:** 7675
*Status:* Active
**Original Date:** 06/03/1999
**Expiration Date:** 12/31/2006

View:
*Practitioner Profile*

**Profession:** Dentist
**Rank:** Dentist
**Specialties:**
  Pediatric Dnstry (Pedodontics)
**Qualifications:**
  Comprehensive Conscious Seda

16. ADAMS DDS, GEORGE A
NASHVILLE, TN 37205

**License Number:** 2625
*Status:* Active
**Original Date:** 06/28/1974

View:
*Practitioner Profile*

**Profession:** Dentist                      **Expiration Date:** 07/31/2007
**Rank:** Dentist
**Specialties:**
  Pediatric Dnstry (Pedodontics)
**Qualifications:**
  Deep Sedation/General Anesthes

---

17. ADAMS JR DDS, HARRY J
    BRENTWOOD, TN 37027

    **License Number:** 1325          View:
    *Status:* Inactive                *Practitioner Profile*
    **Original Date:** 01/01/1961
    **Profession:** Dentist           **Expiration Date:** 02/28/2002
    **Rank:** Dentist

---

18. ADAMS DDS, JOHN DAVID C
    HIXSON, TN 37343

    **License Number:** 4548          View:
    *Status:* Inactive                *Disciplinary Actions*
    **Original Date:** 07/31/1985
    **Profession:** Dentist           **Expiration Date:** 12/31/2000
    **Rank:** Dentist

---

19. ADAMS-BROWNE DDS, KAYE YVONNE
    COLLIERVILLE, TN 38017-3396

    **License Number:** 4739          View:
    *Status:* Active                  *Practitioner Profile*
    **Original Date:** 02/13/1987
    **Profession:** Dentist           **Expiration Date:** 09/30/2007
    **Rank:** Dentist

---

20. ADATROW , PRADEEP CHITRA
    MEMPHIS, TN 38103

    **License Number:** 8586          View:
    *Status:* Active                  *Practitioner Profile*
    **Original Date:** 08/08/2006
    **Profession:** Dentist           **Expiration Date:** 01/31/2009
    **Rank:** Limited License

---

21. ADELE-DOHERTY DDS, AGBOOLA A
    MADISON, TN 37116-0609

    **License Number:** 4679          View:
    *Status:* Active                  *Practitioner Profile*
    **Original Date:** 08/05/1986
    **Profession:** Dentist           **Expiration Date:** 01/31/2007
    **Rank:** Dentist
    **Qualifications:**
      Limited Conscious Sedation

---

22. ADELMAN DDS, EDWARD A
    NASHVILLE, TN 37205

    **License Number:** 3455          View:
    *Status:* Active                  *Practitioner Profile*
    **Original Date:** 07/09/1979
    **Profession:** Dentist           **Expiration Date:** 11/30/2007
    **Rank:** Dentist

---

23. ADKINS DDS, DANNY
    KNOXVILLE, TN 37909

    **License Number:** 2244          View:
    *Status:* Active                  *Practitioner Profile*
    **Original Date:** 01/01/1975
    **Profession:** Dentist           **Expiration Date:** 10/31/2007
    **Rank:** Dentist
    **Specialties:**
      Periodontics
    **Qualifications:**
      Comprehensive Conscious Seda

---

24. ADKINS , FRAN ELIZABETH
    MURFREESBORO, TN 37128

    **License Number:** 8071          View:
    *Status:* Active                  *Practitioner Profile*
    **Original Date:** 06/10/2003
    **Profession:** Dentist           **Expiration Date:** 02/28/2007
    **Rank:** Dentist
    **Qualifications:**
      Limited Conscious Sedation

---

25. ADKINS DDS, JOSEPH B

    **License Number:** 6814          View:
                                      *Practitioner Profile*

MEMPHIS, TN 38119

**Status:** Active
**Original Date:** 06/22/1992          **Disciplinary Actions**
**Expiration Date:** 04/30/2008

**Profession:** Dentist
**Rank:** Dentist

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 ▶



Department of Health
Cordell Hull Building, 3rd Floor
Nashville, TN 37247-0101
615.741.3111

EXHIBIT 12

## Shafi, Naseema

**From:** Dina . Martinez [DMartinez@tsbde.state.tx.us]
**Sent:** Tuesday, October 24, 2006 9:29 AM
**To:** Shafi, Naseema
**Subject:** TX dentists

The total number of dentists in the state of Texas with an active status is 12, 204.

EXHIBIT 13



# Profession Statistics

**Total Number of Active Licenses as of 10/4/2006**

| PROFESSION NAME | LICENSE NAME | COUNTS |
|---|---|---|
| Accountancy | C.P.A. Firm | 545 |
| Accountancy | Certified Public Accountant | 3,570 |
| Acupuncture | Acupuncturist | 77 |
| ADRP | A D R P - Arbitrator | 2 |
| ADRP | A D R P - Mediator | 38 |
| ADRP | A D R P - Negotiator | 5 |
| Architect | Architect | 1,991 |
| Athlete Agents | Athlete Agent | 7 |
| Athletic Trainer | Athletic Trainer | 100 |
| Building Inspector | Combination Inspector | 238 |
| Building Inspector | Limited Inspector | 339 |
| Burglar Alarm | Burglar Alarm Company | 155 |
| Burglar Alarm | Burglar Alarm Company Agent | 2,916 |
| Burglar Alarm | Temporary Burglar Alarm Company Agent | 294 |
| Chiropractic | Chiropractic Physician | 735 |
| Chiropractic | Temporary Chiropractic Physician | 3 |
| Contractor | Contractor With LRF | 19,684 |
| Contractor | Contractor Without LRF | 635 |
| Contractor | Instructor for Construction Mechanical | 1 |
| Contractor | Instructor for Electrical Trades | 6 |
| Contractor | Instructor for General Bldg Trades | 24 |
| Contractor | Instructor for Plumbing Trades | 3 |
| Controlled Substance Handler | Controlled Substance Handler Facility | 55 |
| Controlled Substance Handler | Controlled Substance Handler Individual | 35 |
| Cosmetology | Cosmetologist / Barber | 21,481 |

| | | |
|---|---|---|
| Cosmetology | Cosmetologist / Barber Instructor | 1,121 |
| Cosmetology | Cosmetology / Barber School | 35 |
| Cosmetology | Electrologist | 140 |
| Cosmetology | Electrologist Instructor | 3 |
| Cosmetology | Electrology School | 1 |
| Cosmetology | Esthetician | 311 |
| Cosmetology | Esthetician Instructor | 92 |
| Cosmetology | Esthetics School | 17 |
| Cosmetology | Master Esthetician | 1,458 |
| Cosmetology | Nail Technician | 2,930 |
| Cosmetology | Nail Technician Instructor | 73 |
| Cosmetology | Nail Technology School | 5 |
| Court Reporter | Certified Court Reporter - Shorthand | 135 |
| Court Reporter | Certified Court Reporter - Voice | 1 |
| CS Precursor | Controlled Substance Precursor Distrib | 6 |
| CS Precursor | Controlled Substance Precursor Purchaser | 6 |
| Deception Detection | Deception Detection Examiner | 26 |
| Deception Detection | Deception Detection Intern | 4 |
| Dental | Dental Hygienist | 201 |
| Dental | Dental Hygienist with Local Anesthesia | 1,411 |
| Dental | Dentist - Anesthesia Class I Permit | 679 |
| Dental | Dentist - Anesthesia Class II Permit | 1,335 |
| Dental | Dentist - Anesthesia Class III Permit | 174 |
| Dental | Dentist - Anesthesia Class IV Permit | 55 |
| Dental | Temporary Dentist | 1 |
| Dietitian | Certified Dietitian | 546 |
| Direct-Entry Midwife | Direct-Entry Midwife | 12 |
| Electrician | Apprentice Electrician | 4,916 |
| Electrician | Journeyman Electrician | 3,584 |
| Electrician | Master Electrician | 2,029 |
| Electrician | Residential Journeyman Electrician | 219 |
| Electrician | Residential Master | 183 |

|  | Electrician |  |
|---|---|---|
| Engineer/Land Surveyor | Professional Engineer | 6,672 |
| Engineer/Land Surveyor | Professional Land Surveyor | 677 |
| Engineer/Land Surveyor | Professional Structural Engineer | 360 |
| Environmental Health Scientist | Environmental Health Scientist | 231 |
| Environmental Health Scientist | Environmental Health Scientist -Training | 3 |
| Factory Built Housing | Factory Built Housing Dealer | 54 |
| Funeral Service | Funeral Service Apprentice | 35 |
| Funeral Service | Funeral Service Director | 294 |
| Funeral Service | Funeral Service Establishment | 95 |
| Genetic Counselor | Genetic Counselor | 23 |
| Genetic Counselor | Temporary Genetic Counselor | 7 |
| Geologist | Professional Geologist | 898 |
| Health Facility Administrator | Health Facility Administrator | 320 |
| Hearing Instrument | Hearing Instrument Intern | 26 |
| Hearing Instrument | Hearing Instrument Specialist | 83 |
| Landscape Architect | Landscape Architect | 368 |
| Marriage & Family Therapy | Marriage & Family Therapist | 434 |
| Marriage & Family Therapy | Marriage & Family Therapist Externship | 3 |
| Marriage & Family Therapy | Marriage & Family Therapist Intern | 82 |
| Massage | Massage Apprentice | 17 |
| Massage | Massage Therapist | 4,467 |
| Massage | Temporary Massage Therapist | 89 |
| Naturopathic | Naturopath | 1 |
| Naturopathic | Naturopath including Surgery & OB | 1 |
| Naturopathic | Naturopathic Physician | 17 |
| Nurse | A.P.R.N. | 989 |
| Nurse | A.P.R.N. Intern | 35 |
| Nurse | A.P.R.N. without P.P. | 75 |
| Nurse | C.R.N.A. | 197 |
| Nurse | Certified Nurse Midwife | 112 |

| | | |
|---|---|---|
| Nurse | Certified Nurse Midwife without P.P. | 6 |
| Nurse | Licensed Practical Nurse | 3,311 |
| Nurse | Registered Nurse | 20,270 |
| Nurse | Temporary Licensed Practical Nurse | 12 |
| Nurse | Temporary Registered Nurse | 102 |
| Occupational Therapy | Occupational Therapist | 476 |
| Occupational Therapy | Occupational Therapy Assistant | 182 |
| Optometrist | Optometrist | 387 |
| Optometrist | Optometrist (Without Certification) | 18 |
| Optometrist | Optometrist Diagnostic Only | 23 |
| Osteopathic Physician | Osteopathic Physician & Surgeon | 314 |
| Pharmacy | Lethal Injection Use | 1 |
| Pharmacy | Pharmacist | 2,464 |
| Pharmacy | Pharmacy - Class A | 445 |
| Pharmacy | Pharmacy - Class B | 185 |
| Pharmacy | Pharmacy - Class C | 68 |
| Pharmacy | Pharmacy - Class D | 359 |
| Pharmacy | Pharmacy - Class E Business | 122 |
| Pharmacy | Pharmacy Intern | 260 |
| Pharmacy | Pharmacy Technician | 3,078 |
| Physical Therapist | Physical Therapist | 1,527 |
| Physician | Physician & Surgeon | 7,164 |
| Physician | Temporary Physician & Surgeon | 6 |
| Physician Assistant | Physician Assistant | 573 |
| Physician Assistant | Temporary Physician Assistant | 4 |
| Plumber | Apprentice Plumber | 2,007 |
| Plumber | Journeyman Plumber | 2,794 |
| Plumber | Residential Journeyman Plumber | 131 |
| Podiatric Physician | Podiatric Physician | 192 |
| Preneed | Pre-Need Provider | 63 |
| Preneed | Pre-Need Sales Agent | 159 |
| Private Probation Provider | Private Probation Provider | 70 |
| Professional Counselor | Certified Professional Counselor Intern | 237 |
| Professional Counselor | Professional Counselor | 420 |

| | | |
|---|---|---|
| Professional Counselor | Professional Counselor Externship | 29 |
| Professional Employer Org | PEO Group | 2 |
| Professional Employer Org | Professional Employer Organization | 80 |
| Psychologist | Psychologist | 755 |
| Psychologist | Psychology Resident | 74 |
| Radiology | Radiology Practical Technician | 625 |
| Radiology | Radiology Technologist | 1,809 |
| Recreational Therapy | Master Therapeutic Recreation Specialist | 58 |
| Recreational Therapy | Temp - Therapeutic Recreation Specialist | 4 |
| Recreational Therapy | Therapeutic Recreation Specialist | 309 |
| Recreational Therapy | Therapeutic Recreation Technician | 375 |
| Respiratory Care | Respiratory Care Practitioner | 1,145 |
| Security Companies & Guards | Armed Private Security Officer | 1,528 |
| Security Companies & Guards | Contract Security Company | 71 |
| Security Companies & Guards | Contract Security Training Program Prov | 6 |
| Security Companies & Guards | Temp Unarmed Private Security Officer | 427 |
| Security Companies & Guards | Temporary Armed Private Security Officer | 115 |
| Security Companies & Guards | Unarmed Private Security Officer | 3,716 |
| Social Work | Certified Social Worker | 1,034 |
| Social Work | Certified Social Worker Intern | 10 |
| Social Work | Licensed Clinical Social Worker | 2,273 |
| Social Work | Social Service Worker | 2,263 |
| Speech/Audiology | Audiologist | 188 |
| Speech/Audiology | Speech Lang Pathologist & Audiologist | 12 |
| Speech/Audiology | Speech Language Pathologist | 518 |
| Substance Abuse Counselor | Licensed Substance Abuse Counselor | 329 |
| Veterinarian | Veterinarian | 591 |
| Veterinarian | Veterinary Intern | 14 |

|  | TOTAL: | 157,103 |
|---|---|---|

DOPL Home     Utah Department of Commerce Home     Site Map     Contact DOPL     Calendar

160 East 300 South • Salt Lake City, Utah • (801) 530-6628 • Toll-Free in Utah (866) 275-3675 • FAX (801) 530-6511

Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy
Copyright © 2006 State of Utah - All rights reserved.

EXHIBIT 14

Virginia Board of Dentistry



Commonwealth of Virginia | Governor

Skip to Content | Web Policy | Contact Us

# Virginia Board of Dentistry

DHP Home Page > Dentistry > Home                    DHP Home | About DHP | Boards | Enforcement | Law & Policy

| Board Home |
| Board Members |
| Staff Members |
| Board Calendar |
| Laws & Regulations |
| Applications & Forms |
| Renew Online |
| Update Your Information |
| License Lookup |
| Case Decisions |
| Guidance Documents |
| Newsletters |
| File a Complaint |
| Compliance with Board Orders |
| Administrative Proceedings Division |

## Announcements

Information related to the July 1, 2006 prescription blank changes from the Board of Pharmacy.

Changes to the Dental Practice Act by the 2005 General Assembly (Chapter 27 of Title 54.1 of the Code of Virginia), effective July 1, 2005.

Changes to Regulations Governing the Practice of Dentistry and Dental Hygiene (including the practice of anesthesia and conscious sedation).

Power point presentation on anesthesia, sedation and analgesia

Online Licensing - Licensees can now renew a license, change an address and request a duplicate license online.

**Duty to Report Adult Abuse, Neglect or Exploitation** - More information...

## Laws & Regulations

Keep in the know about important laws and regulations:
Laws and Regulations Governing Dentistry

Laws Governing All Health Professions

## Forms & Applications

Download the available forms and applications from the Virginia Board of Dentistry.

## Regulated Professions

View the list of Professions regulated by the Board.

## Guidance Documents

View and download the list of available guidance documents from the Board of Dentistry. These documents provide information or guidance to the public to interpret or implement statutes or the agency's rules or regulations.

## Board of Dentistry Calendar

The Board of Dentistry's Calendar of upcoming Board Meetings.

Search our website

Search [          ] Go

**Virginia Board of Dentistry**

6603 West Broad St., 5th Fl.
Richmond, VA 23230-1712
Directions
Hours: M-F 8:15 - 5:00
Phone: (804) 662-9906
TDD: (804)-662-7197
Fax: (804) 662-7246
Complaints: (800) 533-1560
Automated License Verification:
(804) 662-7636
Email: denltc@dhp.virginia.gov



Governor Kaine's Web Site

## Other Citizen Services

**Disaster Preparedness**
You as a citizen can better prepare for a disaster by clicking on the below links:
Virginia Department of Health
Virginia Department of Emergency Management

Licensing in Other States

Commonwealth Calendar

Regulatory Town Hall

Legislative Services

Own Your Future: Virginia's Long-Term Care Awareness Campaign

More state resources...

## Newsletters

Periodic news sent to licensees.

## Regulatory Town Hall

The Virginia Department of Planning & Budget has
designed a Regulatory Town Hall for anyone
interested in the proposal of regulations or
meetings of regulatory boards.

## Board Statistics as of October 19, 2006

| Profession | Licensees |
|---|---|
| Cosmetic Procedure Certification | 19 |
| Dental Full Time Faculty | 16 |
| Dental Hygienist (active) | 3962 |
| Dental Hygienist (inactive) | 280 |
| Dental Hygienist Teacher | 1 |
| Dental Teacher | 5 |
| Dental Temporary Permit | 2 |
| Dentist (active) | 5365 |
| Dentist (inactive) | 416 |
| Oral/Maxilliofacial Surgeon Registration | 195 |