IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,  )<br>AKTIEBOLAGET HÄSSLE,  )<br>KBI-E, INC., KBI INC., and  )<br>ASTRAZENECA LP,  )<br>　　　　　　　　　　　　　)<br>　　　　　Plaintiffs,  )<br>　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　)　C.A. No. 06-358 (SLR)<br>　　　　　　　　　　　　　)<br>DEXCEL LTD., DEXXON LTD.,  )<br>DEXCEL PHARMA TECHNOLOGIES  )<br>LTD., and DEXCEL PHARMA  )<br>TECHNOLOGIES,  )<br>　　　　　　　　　　　　　)<br>　　　　　Defendants.  ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) AstraZeneca's Responses to Dexcel Pharma Technologies Ltd.'s First Set of Document Requests (No. 1-36); 2) AstraZeneca's Response to Dexcel Pharma Technologies Ltd.'s Second Set of Document Requests (No. 37); and 3) AstraZeneca's Responses to Dexcel Pharma Technologies Ltd.'s Second Set of Interrogatories Relating to the Merits (No. 4-6) were caused to be served on November 27, 2006, upon the following counsel:

**BY ELECTRONIC MAIL AND HAND**

　　　　Richard D. Kirk
　　　　Ashley B. Stitzer
　　　　The Bayard Firm
　　　　222 Delaware Avenue, Suite 900
　　　　P.O. Box 25130
　　　　Wilmington, DE  19899

**BY ELECTRONIC MAIL**

Robert F. Green
David M. Airan
Saumil S. Mehtz
Leydig, Voit & May
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Leslie A. Polizoti*

        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        Leslie A. Polizoti (#4299)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        *Attorneys for Plaintiffs AstraZeneca AB,*
        *Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and*
        *AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC  20006
(202) 835-7500

November 27, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on November 27, 2006 upon the following in the manner indicated:

**BY ELECTRONIC MAIL AND HAND**

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY ELECTRONIC MAIL**

Robert F. Green
David M. Airan
Saumil S. Mehtz
Leydig, Voit & May
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com