IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI, INC. and ASTRAZENECA LP,<br><br>    Plaintiffs,<br><br>v.<br><br>DEXCEL LTD., DEXXON LTD., DEXCEL PHARMA TECHNOLOGIES LTD. and DEXCEL PHARMA TECHNOLOGIES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 06-358 (SLR)<br>)<br>) **CONTAINS CONFIDENTIAL**<br>) **MATERIAL- FILED UNDER SEAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO TRANSFER OR DISMISS

November 30, 2006

THE BAYARD FIRM

/s/Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley b. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Attorneys for Defendants

Of Counsel
Robert F. Green
David M. Airan
Saumil S. Mehta
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
(312) 616-5600

644692-1

**THIS DOCUMENT WAS FILED UNDER SEAL**

627597-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on November 30, 2006, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that, on November 30, 2006, copies of the foregoing document were sent by email to the above local counsel and by email to the following non-registered participant:

Errol B. Taylor, Esq.
Robert J. Koch, Esq.
Jay I. Alexander, Esq.
Enrique D. Longton, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW
Washington, DC 20006

The undersigned counsel further certifies that, on December 1, 2006, copies of the foregoing document will be sent to the above local counsel by hand and above non-registered participant by Federal Express.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

22

644693-1