IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,  )<br>AKTIEBOLAGET HÄSSLE,  )<br>KBI-E, INC., KBI INC., and  )<br>ASTRAZENECA LP,  )<br>  )<br>          Plaintiffs,  )<br>  )<br>     v.       )<br>  )<br>DEXCEL LTD., DEXXON LTD.,  )<br>DEXCEL PHARMA TECHNOLOGIES  )<br>LTD.,  and DEXCEL PHARMA  )<br>TECHNOLOGIES,  )<br>  )<br>          Defendants.  )  | C.A. No. 06-358 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of AstraZeneca's Responses to Dexcel Pharma Technologies Ltd.'s Third Set of Document Requests (No. 38-40) were caused to be served on December 7, 2006, upon the following counsel:

**BY ELECTRONIC MAIL AND HAND**

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY ELECTRONIC MAIL**

Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs AstraZeneca AB,
Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and
AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC  20006
(202) 835-7500

December 7, 2006

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on December 7, 2006 upon the following in the manner indicated:

**BY ELECTRONIC MAIL AND HAND**

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY ELECTRONIC MAIL**

Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@mnat.com