IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E, INC., KBI INC., and<br>ASTRAZENECA LP,<br><br>          Plaintiffs,<br><br>     v.<br><br>DEXCEL LTD., DEXXON LTD.,<br>DEXCEL PHARMA TECHNOLOGIES<br>LTD., and DEXCEL PHARMA<br>TECHNOLOGIES,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-358 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of AstraZeneca's Amended Responses to Certain Interrogatories Contained in Dexcel Pharma Technologies Ltd.'s First and Second Sets of Interrogatories Relating to the Merits (Nos. 1-3, 6) and AstraZeneca's Amended Responses to Certain Requests Contained in Dexcel Pharma Technologies Ltd.'s First and Second Document Requests (Nos. 9, 10, 26, 27, 29, 33, 37) were caused to be served on January 11, 2007, upon the following counsel:

### BY HAND DELIVERY

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY ELECTRONIC MAIL AND FIRST CLASS MAIL**

Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

        MORRIS, NICHOLS, ARSHT &  TUNNELL LLP

        */s/ Leslie A. Polizoti*

        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        Leslie A. Polizoti (#4299)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        *Attorneys for Plaintiffs AstraZeneca AB,*
        *Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and*
        *AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC  20006
(202) 835-7500

January 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on January 11, 2007 upon the following in the manner indicated:

**BY ELECTRONIC MAIL AND HAND**

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY ELECTRONIC MAIL**

Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com