IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI, INC. and ASTRAZENECA LP,<br><br>        Plaintiffs,<br><br>v.<br><br>DEXCEL, LTD., DEXXON, LTD., DEXCEL PHARMA TECHNOLOGIES, LTD. and DEXCEL PHARMA TECHNOLOGIES,<br><br>        Defendants. | Civil Action No. 06-358-SLR |

ENTRY OF ADDITIONAL APPEARANCE

PLEASE ENTER and take notice of additional appearances of counsel for defendants Dexcel, Ltd., Dexxon, Ltd., Dexcel Pharma Technologies Ltd., and Dexcel Pharma Technologies in this action, namely Edgar H. Haug, Michael F. Brockmeyer, Elizabeth A. Leff, and Dillon Kim, all of Frommer Lawrence & Haug LLP. Other counsel who have appeared on behalf of defendants remain in the case.

January 23, 2007

                                                                                  THE BAYARD FIRM

                                                                                  /s/ Richard D. Kirk (rk0922)
                                                                                   Richard D. Kirk (#922)
                                                                                   Ashley B. Stitzer (#3891)
                                                                                   222 Delaware Avenue, Suite 900
                                                                                   Wilmington, DE  19899-5130
                                                                                   (302) 655-5000
                                                                                   Counsel for Defendants

649689-1

OF COUNSEL:
Robert F. Green, Esquire
David M. Airan, Esquire
Saumil S. Mehta, Esquire
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5000

Edgar H. Haug, Esquire
Dillon Kim, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Michael F. Brockmeyer, Esquire
Elizabeth A. Leff, Esquire
FROMMER LAWRENCE & HAUG LLP
1667 K Street, NW
Washington, D.C. 20006
(202) 292-1530

649689-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on January 23, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that, on January 23, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Errol B. Taylor, Esq.
Robert J. Koch, Esq.
Jay I. Alexander, Esq.
Enrique D. Longton, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW
Washington, DC 20006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

627464-1