IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI, INC. and ASTRAZENECA LP,<br><br>        Plaintiffs,<br>v.<br><br>DEXCEL, LTD., DEXXON, LTD., DEXCEL PHARMA TECHNOLOGIES, LTD. and DEXCEL PHARMA TECHNOLOGIES,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-358-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Edgar H. Haug, Michael F. Brockmeyer, Elizabeth A. Leff, and Dillon Kim, all of Frommer Lawrence & Haug LLP, to represent Defendants Dexcel, Ltd., Dexxon, Ltd., Dexcel Pharma Technologies Ltd., and Dexcel Pharma Technologies in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

649663-1

January 23, 2007

                                          THE BAYARD FIRM

                                          /s/ Richard D. Kirk (rk0922)
                                          Richard D. Kirk (#922)
                                          Ashley B. Stitzer (#3891)
                                          222 Delaware Avenue, Suite 900
                                          Wilmington, DE  19899-5130
                                          (302) 655-5000

OF COUNSEL:                             Counsel for Defendants
Robert F. Green, Esquire
David M. Airan, Esquire
Saumil S. Mehta, Esquire
Leydig, Voit & Mayer
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5000

Edgar H. Haug, Esquire
Dillon Kim, Esquire
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Michael F. Brockmeyer, Esquire
Elizabeth A. Leff, Esquire
Frommer Lawrence & Haug LLP
1667 K Street, NW
Washington, D.C. 20006
(202) 292-1530


SO ORDERED this _____ day of January, 2007

_____
      Chief Judge, United States District Court

649663-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York; and of the following federal district and appellate courts: (a) New York State Court of Appellate Second Department, (b) Southern District of New York, (c) Eastern District of New York, (d) Northern District of New York, (e) United States Court of Appeals for the Second Circuit, (f) United States Court of Appeals for Federal Circuit, and (e) United States Supreme Court; and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

January 23 2007

Edgar H. Haug, Esquire
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Attorneys for Defendants Dexcel, Ltd.,
Dexxon, Ltd., Dexcel Pharma
Technologies Ltd., and Dexcel Pharma
Technologies

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

January 23, 2007.

Michael F. Brockmeyer, Esquire
Frommer Lawrence & Haug LLP
1667 K Street, NW
Washington, District of Columbia 20006
(202) 292-1530

Attorneys for Defendants Dexcel, Ltd.,
Dexxon, Ltd., Dexcel Pharma
Technologies Ltd., and Dexcel Pharma
Technologies

649666-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Washington, Florida, and the District of Columbia, and of the following federal district and appellate courts: (a) Western District of Washington, (b) Northern District of Florida, (c) Central District of Florida, (d) Southern District of Florida, (e) Ninth Circuit, (f) Federal Circuit, and (g) the United States Supreme Court; and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

January 22, 2007

Elizabeth A. Leff, Esquire
Frommer Lawrence & Haug LLP
1667 K Street, NW
Washington, District of Columbia 20006
(202) 292-1530

Attorneys for Defendants Dexcel, Ltd.,
Dexxon, Ltd., Dexcel Pharma
Technologies Ltd., and Dexcel Pharma
Technologies

649666-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York, and New Jersey; and of the following federal district and appellate courts: (a) District of New Jersey, (b) Eastern District of New York, and (c) Southern District of New York; and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

January 23, 2007

_____
Dillon Kim, Esquire
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Attorneys for Defendants Dexcel, Ltd.,
Dexxon, Ltd., Dexcel Pharma
Technologies Ltd., and Dexcel Pharma
Technologies

649666-1

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on January 23, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that, on January 23, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Errol B. Taylor, Esq.
Robert J. Koch, Esq.
Jay I. Alexander, Esq.
Enrique D. Longton, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW
Washington, DC 20006

        /s/ Richard D. Kirk (rk0922)
        Richard D. Kirk

627464-1