## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-358-SLR |
| DEXCEL LTD., et al., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **23rd** day of **January, 2007,**

IT IS ORDERED that the teleconference scheduled for Wednesday, April 18, 2007 at 9:30 a.m. and the mediation conference scheduled for Friday, May 18, 2007 beginning at 10:00 a.m. are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE