1AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

AstraZeneca AB, Aktiebolaget Hassle, )
KBI-E, Inc., KBI, Inc. and AstraZeneca LP, )
                                           )   **ALIAS SUMMONS IN A CIVIL CASE**
         **Plaintiffs,**                   )
    v.                                     )   CASE NUMBER: 06-358-SLR
                                           )
Dexcel, Ltd., Dexxon, Ltd., Dexcel Pharma  )
Technologies, Ltd., and Cipla, Ltd.,       )
                                           )
         **Defendants.**                   )

TO:   Cipla, Ltd.
      c/o Byron Chemicals Co. Inc.
      40-11 23rd Street
      Long Island City, NY 11101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEYS:

Jack B. Blumenfeld (#1014)/Karen Jacobs Louden (#2881)/Leslie A. Polizoti (#4299)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

an answer to the Amended Complaint which is served on you with this alias summons, within twenty (20) days after service of this alias summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    JAN 2 3 2007

CLERK                                              DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

Index No. 06-358-SLR

---

ASTRAZENECA AB, AKTIEBOLAGET HASSLE, KBI-E, INC. AND ASTRAZENECA LP
, Plaintiff(s)

- against -

DEXCEL, LTD., DEXXON, LTD., DEXCEL PHARMA TECHNOLOGIES, LTD., AND CIPLA, LTD.
, Defendant(s)

---

State of New York     )
                      ) SS.:
County of Nassau      )

AFFIDAVIT OF SERVICE

Lauren Eisenberg being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 01/24/2007 at  2:37 PM at:
    CIPLA, LTD. BYRON CHEMICALS CO. INC.
    40-11 23RD STREET
    LONG ISLAND CITY NY 11101
Deponent served the:

ALIAS SUMMONS IN A CIVIL CASE
AMENDED COMPLAINT
EXHIBITS A-C

on CIPLA, LTD. BYRON CHEMICALS CO. INC.

a domestic and/or foreign corporation
by delivering thereat true copies to NICOLE COLA
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
PRESIDENT and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 60 HEIGHT: 6'0''  WEIGHT: 170    HAIR: WHITE      RACE: WHITE    SEX: MALE
OTHER: GLASSES

Lauren Eisenberg    License #

1219283

SWORN TO BEFORE ME  1/25/07

MARI EISENBERG
Notary Public State Of New York
No 01E14958991
Qualified in Nassau County
Commission Expires November 20, 2009

OUR DOC# 16860
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York NY 10005
212-530-5000