# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

February 9, 2007

BY E-FILING

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re:   AstraZeneca AB, et. al v. Dexcel, Ltd. et. al, C.A. No. 06-358 (SLR)

Dear Chief Judge Robinson:

In response to the Court's direction during the February 1, 2007 discovery conference (Tr. at 55:5-56:17), counsel for AstraZeneca has reviewed the NDAs and DMFs that Dexcel has requested be produced with the exception of the NDA for Nexium, which the Court recognized was not at issue in this case (Tr. at 17:9-12). That review has shown that there are no protocols in the NDA or DMFs at issue that describe tests for the presence of a subcoating or the presence of Form A.

However, to finally end this issue, AstraZeneca will produce sections of the NDA and DMFs that contain analytical data relating to the characterization of the neutral form of omeprazole used in Prilosec.

Respectfully,

Jack B. Blumenfeld (#1014)

cc: Peter T. Dalleo, Clerk (By hand)
    Richard D. Kirk, Esquire (By hand and email)
    David Airan, Esquire (By email)
    Robert F. Green, Esquire (By email)
    Edgar Haug, Esquire (By email)
    Robert Koch, Esquire (By email)