IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI INC., and ASTRAZENECA LP, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-358 (SLR) ) |
| DEXCEL LTD., DEXXON LTD., DEXCEL PHARMA TECHNOLOGIES, LTD., and CIPLA, LTD. | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of AstraZeneca's First Set of Requests for Production of Documents and Things Directed to Cipla, Ltd.; AstraZeneca's First Set of Interrogatories Directed to Cipla, Ltd.; and Plaintiffs' Responses to Dexcel Pharma Technologies Ltd.'s Third Set of Interrogatories Relating to the Merits (Nos. 7-9) were caused to be served on February 23, 2007, upon the following counsel:

**BY E-MAIL AND HAND**

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY E-MAIL**

Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Leslie A. Polizoti*

        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        Leslie A. Polizoti (#4299)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        *Attorneys for Plaintiffs AstraZeneca AB,*
        *Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and*
        *AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC 20006
(202) 835-7500

February 23, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on February 23, 2007 upon the following in the manner indicated:

**BY E-MAIL AND HAND**

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY E-MAIL**

Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601


*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com