IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E, INC., KBI INC., and<br>ASTRAZENECA LP,<br>               Plaintiffs,<br><br>    v.<br><br>DEXCEL LTD., DEXXON LTD.,<br>DEXCEL PHARMA TECHNOLOGIES<br>LTD., and CIPLA, LTD.,<br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-358 (SLR)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF NO OPPOSITION
TO MOTION FOR ENTRY OF PROTECTIVE ORDER (D.I. 95)**

PLEASE TAKE NOTICE that Defendants hereby state that they do not oppose Plaintiffs' Motion for Entry of a Protective Order (D.I. 95). Counsel for Defendants so indicated to counsel for Plaintiffs on March 6, 2006.

| | |
|---|---|
| March 7, 2007 | THE BAYARD FIRM |
| | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (#922)<br>Ashley B. Stitzer (#3891) |
| OF COUNSEL:<br>Robert F. Green, Esquire<br>David M. Airan, Esquire<br>Saumil S. Mehta, Esquire<br>Leydig, Voit & Mayer<br>Two Prudential Plaza<br>180 N. Stetson Avenue, Suite 4900<br>Chicago, IL 60601<br>(312) 616-5000 | 222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>Counsel for Defendants |
| Edgar H. Haug, Esquire<br>Dillon Kim, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>(212) 588-0800 | Michael F. Brockmeyer, Esquire<br>Elizabeth A. Leff, Esquire<br>Frommer Lawrence & Haug LLP<br>1667 K Street, NW<br>Washington, D.C. 20006<br>(202) 292-1530 |

653721-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 7, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that, on March 7, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Errol B. Taylor, Esq.
Robert J. Koch, Esq.
Jay I. Alexander, Esq.
Enrique D. Longton, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW
Washington, DC 20006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

653721-1

2