IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI, INC. and ASTRAZENECA LP,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL LTD., DEXXON LTD., DEXCEL PHARMA TECHNOLOGIES LTD. and CIPLA, LTD.<br><br>Defendants. | Civil Action No. 06-358 (SLR) |

NOTICE OF FED.R.CIV.P. 30 DEPOSITION OF
KARIN LÖVQVIST

TO:

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Errol B. Taylor, Esquire
Robert J. Koch, Esquire
Jay I. Alexander, Esquire
Milbank, Tweed, Hadley & McCloy L.L.P.
1825 Eye Street, NW,  Suite 1100
Washington, DC  20006

PLEASE TAKE NOTICE that defendants Dexcel Pharma Technologies, Ltd., *et al.*, will take the deposition pursuant to Fed.R.Civ.P. 30 of Karin Lövqvist at Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, New York 10005-1413, commencing on March 29, 2007, at 9:00 am, or at such other place and time as may be agreed upon by counsel, and continuing from day to day thereafter until completed.  The deposition will be recorded stenographically and may be videotaped.  One or more of defendant's counsel may appear telephonically.

You are invited to attend and cross examine.

| | |
|---|---|
| March 19, 2007 | THE BAYARD FIRM |
| | /s/ Richard D. Kirk (rk0922)<br>Richard D. Kirk (#0922)<br>Ashley B. Stitzer (#3891)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>(302) 655-5000<br>Counsel for Defendants |
| OF COUNSEL:<br>Robert F. Green, Esquire<br>David M. Airan, Esquire<br>Saumil S. Mehta, Esquire<br>Leydig, Voit & Mayer<br>Two Prudential Plaza<br>180 N. Stetson Avenue, Suite 4900<br>Chicago, IL 60601<br>(312) 616-5000 | |
| Edgar H. Haug, Esquire<br>Dillon Kim, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY 10151<br>(212) 588-0800 | Michael F. Brockmeyer, Esquire<br>Elizabeth A. Leff, Esquire<br>Frommer Lawrence & Haug LLP<br>1667 K Street, NW<br>Washington, D.C. 20006<br>(202) 292-1530 |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 19, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that, on March 19, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Errol B. Taylor, Esq.
Robert J. Koch, Esq.
Jay I. Alexander, Esq.
Enrique D. Longton, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW
Washington, DC 20006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

627464-1