IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E, INC., KBI INC., and<br>ASTRAZENECA LP,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEXCEL LTD., DEXXON LTD.,<br>DEXCEL PHARMA TECHNOLOGIES,<br>LTD., and CIPLA, LTD.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-358 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff AstraZeneca's Second Set of Requests for Admission on the Merits to the Dexcel Defendants (Nos. 8-22) were caused to be served on March 23, 2007, upon the following counsel:

### BY E-MAIL AND HAND

 Richard D. Kirk
 Ashley B. Stitzer
 The Bayard Firm
 222 Delaware Avenue, Suite 900
 P.O. Box 25130
 Wilmington, DE  19899

### BY E-MAIL

 Robert F. Green
 David M. Airan
 Saumil S. Mehta
 Leydig, Voit & Mayer, Ltd.
 Two Prudential Plaza
 180 N. Stetson Avenue, Suite 4900
 Chicago, IL  60601

       Edgar H. Haug
       FROMMER, LAWRENCE & HAUG LLP
       745 Fifth Avenue
       New York, NY  10151

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Leslie A. Polizoti*
       _____
       Jack B. Blumenfeld (#1014)
       Karen Jacobs Louden (#2881)
       Leslie A. Polizoti (#4299)
       1201 North Market Street
       P.O. Box 1347
       Wilmington, DE 19899-1347
       (302) 658-9200
       *Attorneys for Plaintiffs AstraZeneca AB,*
       *Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and*
       *AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC  20006
(202) 835-7500

March 23, 2007
545823

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on March 23, 2007 upon the following in the manner indicated:

**BY E-MAIL AND HAND**

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY E-MAIL**

Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

Edgar H. Haug
FROMMER, LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com