**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI, INC. and ASTRAZENECA LP, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-358 (SLR) |
| DEXCEL, LTD., DEXXON, LTD., DEXCEL PHARMA TECHNOLOGIES, LTD. and CIPLA, LTD, | )<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 26, 2007, copies of (1) CIPLA LTD.'S RESPONSE TO ASTRAZENECA'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO CIPLA, LTD.and (2) this NOTICE OF SERVICE were served in the manner shown:

| **By Email and Hand Delivery:** | **By Email and U.S. Mail:** |
|---|---|
| Jack B. Blumenfeld, Esquire | Errol B. Taylor, Esquire |
| Karen Jacobs Louden, Esquire | Robert J. Koch, Esquire |
| Morris, Nichols, Arsht & Tunnell | Jay I. Alexander, Esquire |
| 1201 North Market Street | Milbank, Tweed, Hadley & McCloy L.L.P. |
| P.O. Box 1347 | 1825 Eye Street, NW, Suite 1100 |
| Wilmington, DE 19899 | Washington, DC 20006 |

March 26, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com
*Attorneys for the Dexcel Defendants*

632238-1

OF COUNSEL:
Robert F. Green, Esquire
David M. Airan, Esquire
Saumil S. Mehta, Esquire
Leydig, Voit & Mayer
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5000

Edgar H. Haug, Esquire
Dillon Kim, Esquire
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Michael F. Brockmeyer, Esquire
Elizabeth A. Leff, Esquire
Frommer Lawrence & Haug LLP
1667 K Street, NW
Washington, D.C. 20006
(202) 292-1530