IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HASSLE, KBI-E INC., KBI INC., and ASTRAZENECA LP.<br><br>               Plaintiffs,<br><br>     v.<br><br>DEXCEL, LTD., DEXXON, LTD., DEXCEL PHARMA TECHNOLOGIES LTD., and CIPLA, LTD.,<br><br>               Defendants. | Civil Action No. 06-358 (SLR) |

**PLAINTIFF ASTRAZENECA'S FED.R.CIV.P. 30(b)(1)**
**NOTICE OF DEPOSITION OF MR. R. JANGHIANA**

PLEASE TAKE NOTICE that Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, KBI Inc., KBI-E Inc. and AstraZeneca LP (collectively "AstraZeneca") will take the deposition pursuant to Fed.R.Civ.P. 30(b)(1) of Mr. R. Janghiana, upon oral examination, as if upon cross examination, before a notary public or other officer authorized by law to administer oaths, and recorded by stenographic means and on videotape. The deposition will take place at the offices of Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, on May 25, 2007 at 10:00 a.m., or at such other time and place that may be agreed upon by counsel. The deposition shall continue day-to-day until completed.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Leslie A. Polizoti*

---

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
lpolizoti@mnat.com
  *Attorneys for Plaintiffs*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
John M. Griem
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC  20006
(202) 835-7500

March 30, 2007
781090

## CERTIFICATE OF SERVICE

I certify that on March 30, 2007, I caused copies of the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused copies of the foregoing document to be served on March 30, 2007 upon the following in the manner indicated:

### BY HAND & E-MAIL

Richard D. Kirk (rkirk@bayardfirm.com)
Ashley B. Stitzer (astitzer@bayardfirm.com)
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

### BY FEDERAL EXPRESS & E-MAIL

Robert F. Green (rgreen@leydig.com)
David M. Airan (dairan@leydig.com)
Saumil S. Mehta (smehta@leydig.com)
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601

Edgar H. Haug (ehaug@flhlaw.com)
Frommer, Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com