IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI, INC. and ASTRAZENECA LP,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL, LTD., DEXXON, LTD., DEXCEL PHARMA TECHNOLOGIES LTD. and CIPLA LTD,,<br><br>Defendants. | Civil Action No. 06-358 (SLR) |

**Declaration of Saumil S. Mehta**

I, Saumil S. Mehta, declare under the penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of Leydig, Voit & Mayer, Ltd. who is representing Dexcel Ltd., Dexxon Ltd., and Dexcel Pharma Technologies Ltd. (collectively "Defendants") in the above-captioned action.

2. This declaration is submitted in support of "DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION TO LIFT THE STAY ON FDA APPROVAL OF DEXCEL PHARMA TECHNOLOGIES, LTD.'S OMEPRAZOLE DELAYED-RELEASE TABLETS."

3. On March 16, 2007, Defendants subpoenaed documents from and noticed the depositions of Mr. John M. Genova and a FED. R. CIV. P. 30(b)(6) witness on behalf of White & Case LLP.

4. On March 23, 2007, I contacted the offices of White & Case by telephone in regards to the noticed depositions of Mr. Genova and a 30(b)(6) deponent for White & Case.

5.  During my telephone call with White & Case, I spoke with Mr. Genova who forwarded my call to Mr. John Scheibeler. Mr. Scheibeler seemed surprised that I was inquiring about the status of the scheduled deposition, because according to him, Plaintiffs' counsel had indicated that the depositions of White & Case employees had been postponed.

6.  The conversation with Mr. Scheibeler was the first time Defendants or Defendants' counsel were made aware that the noticed depositions of Mr. Genova and White & Case would be delayed, specifically, delayed until after the close of fact discovery.

7.  Plaintiffs' counsel never conferred or even conveyed to Defendants' counsel that the depositions of Mr. Genova and White & Case would be unilaterally delayed.

8.  I hereby declare that all statements made herein of my own knowledge are true, that all statements of opinion or those made on information and belief are believed to be true, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18 of the United States Code.

**DATE:**

3-29-07

_____
Saumil S. Mehta

Declaration of Saumil S. Mehta, Page 2
AstraZeneca AB et al. v. Dexcel Ltd. et al.
Civil Action No. 06-358(SLR)