IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E, INC., KBI INC., and<br>ASTRAZENECA LP,<br>         Plaintiffs,<br><br>         v.<br><br>DEXCEL LTD., DEXXON LTD.,<br>DEXCEL PHARMA TECHNOLOGIES<br>LTD., and CIPLA, LTD.,<br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-358 (SLR)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO EXPEDITE BRIEFING
ON DEFENDANTS' MOTION TO LIFT STAY**

Defendants move the Court to shorten Plaintiffs' time to file a answering brief, representing to the Court as follows:

1. Defendants have today filed a Motion to Lift the Stay on FDA Approval of Dexcel Pharma Technologies Ltd.'S Omeprazole Delayed-Release Tablets (D.I. 115)(the "Motion").

2. Two of the patents-in-suit expire on April 20, 2007. If the stay is not lifted, Plaintiffs will receive an automatic six-month extension of their period of exclusivity.

3. The basis of the Motion is that Plaintiffs have failed in their obligation to cooperate reasonably in the expedition of this litigation. As set forth in the Motion, Plaintiffs' non-cooperation has been evident throughout the litigation but has become even more apparent in the recent month.

4. Plaintiffs should be required to respond promptly to the Motion while there is still time to afford Defendants relief.

5. Defendants request the Court to order Plaintiffs to serve and file their answering brief and supporting papers not later than five days from the date of the Court's order approving this motion.

655520-1

March 30, 2007                              THE BAYARD FIRM

                                            /s/ Richard D. Kirk (rk0922)
                                            Richard D. Kirk (#922)
                                            Ashley B. Stitzer (#3891)
OF COUNSEL:                                 222 Delaware Avenue, Suite 900
Robert F. Green, Esquire                    Wilmington, DE  19899-5130
David M. Airan, Esquire                     (302) 655-5000
Saumil S. Mehta, Esquire                    Counsel for Defendants
Leydig, Voit & Mayer
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5000

Edgar H. Haug, Esquire                      Michael F. Brockmeyer, Esquire
Dillon Kim, Esquire                         Elizabeth A. Leff, Esquire
Frommer Lawrence & Haug LLP                 Frommer Lawrence & Haug LLP
745 Fifth Avenue                            1667 K Street, NW
New York, NY 10151                          Washington, D.C. 20006
(212) 588-0800                              (202) 292-1530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E, INC., KBI INC., and<br>ASTRAZENECA LP,<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DEXCEL LTD., DEXXON LTD.,<br>DEXCEL PHARMA TECHNOLOGIES<br>LTD., and CIPLA, LTD.,<br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-358 (SLR)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1.1 CERTIFICATION

Pursuant to Local Rule 7.1.1, the undersigned states as follows:

(1)　Defendants' Motion to Lift Stay is, in effect, a dispositive motion. Nonetheless, counsel for Defendants asked counsel for Plaintiffs if Plaintiffs would consent to the relief requested therein, and counsel for Plaintiffs have not responded in time for the timely filing of that motion.

(2)　With respect to Defendants' Motion to Expedite Briefing, the essence of Defendants' Motion to Lift Stay, which is the subject of that motion to expedite, is that Plaintiffs have delayed the course of this litigation for their own economic benefit. Requesting Plaintiffs to shorten their own time to respond seemed to Defendants' counsel to be a futile gesture under the circumstances described in the Motion to Lift Stay.

March 30, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
Wilmington, DE  19899-5130
(302) 655-5000
Counsel for Defendants

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on March 30, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that, on March 30, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Errol B. Taylor, Esq.
Robert J. Koch, Esq.
Jay I. Alexander, Esq.
Enrique D. Longton, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW
Washington, DC 20006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk