IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E, INC., KBI INC., and<br>ASTRAZENECA LP,<br><br>        Plaintiffs,<br><br>  v.<br><br>DEXCEL LTD., DEXXON LTD.,<br>DEXCEL PHARMA TECHNOLOGIES,<br>LTD., and CIPLA, LTD.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-358 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff AstraZeneca's First Set of Requests for Admission on the Merits to Cipla, Ltd. (Nos. 1-25) were caused to be served on March 30, 2007, upon the following counsel:

**BY E-MAIL AND HAND**

    Richard D. Kirk
    Ashley B. Stitzer
    The Bayard Firm
    222 Delaware Avenue, Suite 900
    P.O. Box 25130
    Wilmington, DE  19899

**BY E-MAIL**

    Robert F. Green
    David M. Airan
    Saumil S. Mehta
    Leydig, Voit & Mayer, Ltd.
    Two Prudential Plaza
    180 N. Stetson Avenue, Suite 4900
    Chicago, IL  60601

Edgar H. Haug
FROMMER, LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

---

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs AstraZeneca AB,
Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and
AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC  20006
(202) 835-7500

March 30, 2007
545823

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on March 30, 2007 upon the following in the manner indicated:

**BY E-MAIL AND HAND**

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY E-MAIL**

Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

Edgar H. Haug
FROMMER, LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

/s/ *Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com