# THE BAYARD FIRM
ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

ELECTRONICALLY FILED

(302) 429-4208
rkirk@bayardfirm.com

April 2, 2007

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

    RE:    *Astrazeneca AB, et al. v. Dexcel, Ltd., et al.,*
              <u>C.A. No. 06-358-SLR</u>

Dear Judge Robinson:

    I represent the Defendants in this matter. In connection with today's 3:00 p.m. status conference, the Defendants would like to raise at least the following issues with the Court:

    (1)    Defendants' Motion to Expedite Briefing (D.I. 120) on their Motion to Lift Stay (D.I. 115).

    (2)    Defendants' concerns about Plaintiffs' compliance with discovery obligations, which are fully set forth in Defendants' Motion to Lift Stay (D.I. 115) and their Opening Brief (D.I. 116) and supporting declarations (D.I. 117, 118 and 119).

                              Respectfully submitted,

                              Richard D. Kirk (#0922)

:rdk
cc: Counsel as shown on attached certificate

656052-1

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that, on April 2, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that, on April 2, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Errol B. Taylor, Esq.
Robert J. Koch, Esq.
Jay I. Alexander, Esq.
Enrique D. Longton, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW
Washington, DC 20006

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

627464-1