IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, <br> AKTIEBOLAGET HÄSSLE, <br> KBI-E, INC., KBI INC., and <br> ASTRAZENECA LP, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL LTD., DEXXON LTD., <br> DEXCEL PHARMA TECHNOLOGIES, <br> LTD., and CIPLA, LTD. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-358 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of AstraZeneca's Objections to Dexcel's Notices of 30(b)(6) Deposition were caused to be served on April 3, 2007, upon the following counsel:

**BY E-MAIL AND HAND**

    Richard D. Kirk
    Ashley B. Stitzer
    The Bayard Firm
    222 Delaware Avenue, Suite 900
    P.O. Box 25130
    Wilmington, DE  19899

**BY E-MAIL**

    Robert F. Green
    David M. Airan
    Saumil S. Mehta
    Leydig, Voit & Mayer, Ltd.
    Two Prudential Plaza
    180 N. Stetson Avenue, Suite 4900
    Chicago, IL  60601

Edgar H. Haug
FROMMER, LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs AstraZeneca AB,
Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and
AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC 20006
(202) 835-7500

April 3, 2007
545823

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on April 3, 2007 upon the following in the manner indicated:

**BY E-MAIL AND HAND**

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**BY E-MAIL**

Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

Edgar H. Haug
FROMMER, LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com