IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA AB, | ) | |
| AKTIEBOLAGET HÄSSLE, | ) | |
| KBI-E INC., KBI INC., and | ) | |
| ASTRAZENECA LP, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-358-SLR |
| | ) | |
| DEXCEL, LTD., DEXXON, LTD., | ) | |
| DEXCEL PHARMA TECHNOLOGIES | ) | |
| LTD., and CIPLA, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO ISSUE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Plaintiffs, AstraZeneca AB, Aktiebolaget Hässle, KBI Inc., KBI-E Inc. and AstraZeneca LP (collectively "AstraZeneca"), move this Court to sign and seal the attached Request for International Judicial Assistance so that Plaintiffs may effect service upon Defendant Cipla, Ltd., an Indian corporation.

Pursuant to D. Del. LR 7.1.1, counsel for AstraZeneca contacted counsel for the Defendants on March 29, 2007 to request their consent. Counsel responded that they would try to have a response by April 2. Receiving no response, on April 3, AstraZeneca requested a response and informed counsel for Defendants that AstraZeneca would file this motion at the close of business on April 4, in the interest of beginning the service process. Defendants have not responded as of the filing of this motion.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Leslie A. Polizoti*

---

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs AstraZeneca AB,
Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and
AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC  20006
(202) 835-7500

April 4, 2007
779784

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on April 4, 2007 upon the following in the manner indicated:

### BY HAND & E-MAIL

Richard D. Kirk (rkirk@bayardfirm.com)
Ashley B. Stitzer (astitzer@bayardfirm.com)
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE  19899

### BY FEDERAL EXPRESS & E-MAIL

Robert F. Green (rgreen@leydig.com)
David M. Airan (dairan@leydig.com)
Saumil S. Mehta (smehta@leydig.com)
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
lpolizoti@mnat.com

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E INC., KBI INC., and<br>ASTRAZENECA LP,<br><br>     Plaintiffs,<br><br>  v.<br><br>DEXCEL, LTD., DEXXON, LTD.,<br>DEXCEL PHARMA TECHNOLOGIES<br>LTD., and CIPLA, LTD.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-358-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

The United States District Court for the District of Delaware presents its compliments to the appropriate Judicial Authority in India and requests international judicial assistance to effect service of Process upon a named defendant in the captioned civil proceeding currently pending before this Court.

The Court requests the assistance described herein as necessary in the interests of justice.

It has been represented to this Court that Defendant **Cipla, Ltd.** presently maintains its place of business at the following address:

    Mumbai Central, Mumbai 400 008, India

The Court respectfully requests that you cause one copy of the attached documents (the Summons and Amended Complaint) to be served upon **Cipla, Ltd.** at the above address in the manner prescribed for service of similar documents under the laws of India.

This Court further requests that, after service has been made, you cause the person

who serves the documents upon **Cipla, Ltd.** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

The Plaintiffs' counsel, Morris, Nichols, Arsht & Tunnell LLP, U.S.A., stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance. This Court also assures your Authority that it will reciprocate with similar assistance in like cases.

The Court extends to the Judicial Authorities in India the assurances of its highest consideration.

_____        _____
Date                                  Chief Judge Sue L. Robinson
                                      United States District Court
                                      for the District of Delaware
                                      844 N. King Street
                                      Wilmington, DE 19801
                                      TEL: 302.573.6170

662213