# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

April 16, 2007

The Honorable Sue L. Robinson   *VIA E-FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *AstraZeneca AB. et at. v. Dexcel, Ltd., et. al.*; C.A. No. 06-358 (SLR)

Dear Chief Judge Robinson:

AstraZeneca would like to include the following items on the agenda for the discovery conference at 2:00 this afternoon, in addition to Dexcel's Motion to Lift Stay (D.I. 115):

1. AstraZeneca's Motion for International Judicial Assistance to serve Cipla with process (D.I. 128);

2. Cipla's participation in discovery as a party, under the terms of the Protective Order;

3. Redesignation of documents produced before the Protective Order was entered;

4. Outstanding document production issues; and

5. Deposition scheduling.

Respectfully,

*/s/ Jack Blumenfeld*
Jack B. Blumenfeld (#1014)

JBB/dlb
cc:   Clerk of the Court (By Hand)
      Richard D. Kirk, Esquire (By E-Mail and Hand)
      David Airan, Esquire (By E-Mail)
      Edgar H. Haug, Esquire (By E-Mail)
      Robert J. Koch, Esquire (By E-Mail)

NY2:#4736753v1