IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E INC., KBI INC., and ASTRAZENECA LP, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL, LTD., DEXXON, LTD., DEXCEL PHARMA TECHNOLOGIES LTD., and CIPLA, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 06-358-SLR ) ) ) ) ) ) ) |

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

The United States District Court for the District of Delaware presents its compliments to the appropriate Judicial Authority in India and requests international judicial assistance to effect service of Process upon a named defendant in the captioned civil proceeding currently pending before this Court.

The Court requests the assistance described herein as necessary in the interests of justice.

It has been represented to this Court that Defendant **Cipla, Ltd.** presently maintains its place of business at the following address:

Mumbai Central, Mumbai 400 008, India

The Court respectfully requests that you cause one copy of the attached documents (the Summons and Amended Complaint) to be served upon **Cipla, Ltd.** at the above address in the manner prescribed for service of similar documents under the laws of India.

This Court further requests that, after service has been made, you cause the person

who serves the documents upon **Cipla, Ltd.** to execute a Certificate of Service and return it, together with a copy of the documents served, to this Court at the address below.

The Plaintiffs' counsel, Morris, Nichols, Arsht & Tunnell LLP, U.S.A., stand ready to reimburse your authority for all expenses incurred in executing this request for judicial assistance. This Court also assures your Authority that it will reciprocate with similar assistance in like cases.

The Court extends to the Judicial Authorities in India the assurances of its highest consideration.

_4/16/07_
Date

_[signature]_
Chief Judge Sue L. Robinson
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801
TEL: 302.573.6170

662213