IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, <br> AKTIEBOLAGET HÄSSLE, <br> KBI-E, INC., KBI INC., and <br> ASTRAZENECA LP, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL LTD., DEXXON LTD., <br> DEXCEL PHARMA TECHNOLOGIES, <br> LTD., and CIPLA, LTD. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-358 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PRAECIPE

Please issue the attached alias summons to Cipla, Ltd. in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

---

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs AstraZeneca AB,*
*Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and*
*AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC  20006
(202) 835-7500

April 23, 2007

806656.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on April 23, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL AND HAND

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

### BY ELECTRONIC MAIL

Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com

1AO 440 (Rev. 8/0 1) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

| | |
|---|---|
| AstraZeneca AB, Aktiebolaget Hassle, KBI-E, Inc., KBI, Inc. and AstraZeneca LP, ) ) ) Plaintiffs, ) v. ) ) Dexcel, Ltd., Dexxon, Ltd., Dexcel Pharma Technologies, Ltd., and Cipla, Ltd., ) ) ) Defendants. ) | **ALIAS SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 06-358-SLR |

TO:   Cipla, Ltd.
      Mumbai Central
      Mumbai 400 008
      India

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEYS:

Jack B. Blumenfeld (#1014)/Karen Jacobs Louden (#2881)/Leslie A. Polizoti (#4299)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

an answer to the Amended Complaint which is served on you with this alias summons, within twenty (20) days after service of this alias summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                          DATE

(By) DEPUTY CLERK

2AO 440 (Rev. 8/0 1) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein..
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
                Date                       *Signature of Server*