# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 351 9415
302 425 3084 Fax
lpolizoti@mnat.com

April 30, 2007

**BY HAND DELIVERY (COVER LETTER AND ENCLOSURES)**
**BY E-FILING (COVER LETTER ONLY)**

The Honorable Sue L. Robinson
U.S. District Court of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

CONTAINS DOCUMENTS
FOR *IN CAMERA* REVIEW

Re:   *AstraZeneca AB. et at. v. Dexcel, Ltd., et. al.*; C.A. No. 06-358 (SLR)

Dear Chief Judge Robinson:

Further to the Court's order during the discovery conference on April 16, 2007 (Tr. at 59:17-24), AstraZeneca submits herewith documents for the Court's *in camera* review, and the Declaration of Allison Fulton in Support of *In Camera* Review of Documents.

Respectfully,

Leslie A. Polizoti (#4299)

Enclosures – provided only to the Court for *in camera* review

cc:   Robert J. Koch, Esq. (by facsimile w/o enclosures)
      Robert F. Green, Esq. (by facsimile w/o enclosures)
      Richard D. Kirk, Esq. (by hand w/o enclosures)
      Edgar H. Haug, Esq. (by facsimile w/o enclosures)

814633