# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

May 3, 2007

The Honorable Sue L. Robinson                    **BY E-FILING**
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:    *AstraZeneca AB, et al. v. Dexcel, Ltd. et al.,* C.A. No. 06-358 (SLR)

Dear Chief Judge Robinson:

We submit this letter to respond to some of the incorrect statements in Dexcel's May 1, 2007 letter to the Court.

Dexcel's suggestion that AstraZeneca withheld communications with the FDA and only recently produced them is not correct. *See* attached January 31, 2007 letter from Robert Koch to David Airan, including documents Bates Nos. POTC0003186-3284 and POTC0003340-3450. Dexcel had these documents three months ago, before the statement Dexcel refers to from the February discovery conference. If Dexcel's statement that it only recently discovered these documents is correct, that is Dexcel's own fault and not due to any delay in production by AstraZeneca.

Dexcel's assertion that AstraZeneca has asked aaiPharma to withhold production of information concerning research conducted before the relationship with AstraZeneca that may bear on its theory of prior invention under 35 U.S.C. §102(g) is similarly incorrect. AstraZeneca has not asked aaiPharma to withhold production of these or any related documents. The only documents AstraZeneca asked aaiPharma not to produce are those that have been submitted to the Court for *in camera* review. AstraZeneca does not know why aaiPharma has not yet produced the remaining documents.

Respectfully,

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)

JBB/bav
Enclosure
cc:    Clerk of the Court (by hand; w/enclosure)
       Richard D. Kirk, Esquire (by hand; w/enclosure)
       Robert F. Green, Esquire (by email; w/enclosure)
       Edgar H. Haug, Esquire (by email; w/enclosure)
       Robert J. Koch, Esquire (by email; w/enclosure)

# MILBANK, TWEED, HADLEY & McCLOY LLP

### INTERNATIONAL SQUARE BUILDING

**1850 K STREET, NW, SUITE 1100**

**WASHINGTON, D.C. 20006**

---

202-835-7500

FAX: 202-835-7586

**NEW YORK**
212-530-5000
FAX: 212-530-5219

**LOS ANGELES**
213-892-4000
FAX: 213-629-5063

**PALO ALTO**
650-739-7000
FAX: 650-739-7100

**LONDON**
44-207-448-3000
FAX: 44-207-448-3029

**ROBERT J. KOCH**
PARTNER
DIRECT DIAL NUMBER
202-835-7520
FAX
202-263-7520
E-MAIL: rkoch@milbank.com

**MUNICH**
49-89-25559-3600
FAX: 49-89-25559-3700

**FRANKFURT**
49-69-7593-7170
FAX: 49-69-7593-8303

**TOKYO**
813-3504-1050
FAX: 813-3595-2790

**HONG KONG**
852-2971-4888
FAX: 852-2840-0792

**SINGAPORE**
65-6428-2400
FAX: 65-6428-2500

January 31, 2007

**VIA UPS DELIVERY**

David M. Airan
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780

Re: *AstraZeneca AB, et. Al v. Dexcel, Ltd. et. al*, C.A. No. 06-358 (SLR)

Dear David:

Enclosed is a compact disk containing images bearing bates numbered documents POTC0003186 to POTC0004195. At the present time, the documents produced herewith are for outside counsel only pursuant to United States District Court for the District of Delaware local rule 26.2.

Very truly yours,

Robert J. Koch

Enclosure
cc: Richard D. Kirk, Esq. (w/o encl.)
    Jack B. Blumenfeld, Esq. (w/o encl.)
    Saumil S. Mehta, Esq. (w/o encl.)
    Robert F. Green, Esq. (w/o encl.)
    Edgar H. Haug, Esq. (w/o encl.)

