IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI, INC. and ASTRAZENECA LP,<br><br>        Plaintiffs,<br>v.<br><br>DEXCEL, LTD., DEXXON, LTD., DEXCEL PHARMA TECHNOLOGIES, LTD. and CIPLA, LTD,<br><br>        Defendants. | Civil Action No. 06-358 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 22, 2007, copies of (1) DEFENDANTS' OBJECTIONS TO DEPOSITION TOPICS IDENTIFIED IN PLAINTIFF ASTRAZENECA'S NOTICE OF DEPOSITION OF DEXCEL PURSUANT TO FED. R. CIV. P. 30(b)(6) and (2) this NOTICE OF SERVICE were served in the manner shown:

**By Email and By Hand Delivery:**

Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**By Email and by Federal Express:**

Errol B. Taylor, Esquire
Robert J. Koch, Esquire
Jay I. Alexander, Esquire
Milbank, Tweed, Hadley & McCloy L.L.P.
1825 Eye Street, NW, Suite 1100
Washington, DC 20006

632238-1

<table>
<tr><td>

June 22, 2007

</td><td>

THE BAYARD FIRM

<u>/s/ Richard D. Kirk (rk0922)</u>
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
(302) 655-5000
<u>rkirk@bayardfirm.com</u>
<u>astitzer@bayardfirm.com</u>
*Attorneys for the Dexcel Defendants*

</td></tr>
</table>

OF COUNSEL:
Robert F. Green, Esquire
David M. Airan, Esquire
Saumil S. Mehta, Esquire
Leydig, Voit & Mayer
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5000

Edgar H. Haug, Esquire
John J. Molenda, Esquire
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Michael F. Brockmeyer, Esquire
Elizabeth A. Leff, Esquire
Frommer Lawrence & Haug LLP
1667 K Street, NW
Washington, D.C. 20006
(202) 292-1530