IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HASSLE, KBI-E, INC., KBI, INC., and ASTRAZENECA LP,<br><br>    Plaintiffs,<br><br>v.<br><br>DEXCEL, LTD., DEXXON, LTD., DEXCEL PHARMA TECHNOLOGIES, LTD., and CIPLA, LTD.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 06-358-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 19th day of July, 2007, having reviewed *in camera* certain documents produced by third-party aaiPharma, Inc., as well as the materials submitted in connection therewith;

IT IS ORDERED that these documents need not be produced to defendants, as the court has confirmed that said documents relate to the business arrangement between the parties. However, certain of these documents reference data[1] and, although plaintiffs declare in their May 7, 2007 letter to the court that they have "not withheld *any* research, testing or other technical documents" (D.I. 141), **on or before July 26, 2007,** plaintiffs shall demonstrate that such is the case by identifying such data

---

[1] To wit, those at tabs 2 (¶ 2.3), 23, 25, 29, 31, 33 and 34.

by the Bates No. affixed in this litigation.

                                                      _____
                                                      United States District Judge