IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E INC., KBI INC., and<br>ASTRAZENECA LP,<br><br>           Plaintiffs,<br><br>    v.<br><br>DEXCEL LTD., DEXXON LTD.,<br>DEXCEL PHARMA TECHNOLOGIES,<br>LTD., and CIPLA, LTD.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-358 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASTRAZENECA'S SUBMISSION
IN RESPONSE TO THE COURT'S JULY 19, 2007 ORDER**

AstraZeneca provides the following information in response to the Court's Order dated July 19, 2007. Specifically, the Court asked AstraZeneca to identify data produced to Dexcel as described in documents submitted for *in camera* review and found behind tabs 2 (¶ 2.3), 23, 25, 29, 31, 33 and 34 of the Fulton Declaration.

AstraZeneca identifies the following documents, which were provided in response to Dexcel's requests subject to AstraZeneca's objections, as reflecting data referred to in the documents submitted *in camera*:

- Tab 2 (¶2.3)- *See* POTC0003576, POTC0003578-POTC0003588, and POTC0003597-POTC0003603. *See also* A004534-A004759, A144057-A144216, and A011264-A011320.

- Tab 23 - *See* POTC0003371-POTC0003450.

- Tab 25 - *See* POTC0003556-POTC0003562 and POTC0003685-POTC0003686 and the document ranges identified above for Tab 2. *See also* A004777-A004855 and A070143-A070154.

- Tab 29 - *See* POTC0003576 and POTC0003591-POTC0003596.

- Tab 31 - *See* POTC0003340-POTC0003345, POTC0003352-POTC0003450, and POTC0003541-POTC0003543.

- Tab 33 - *See* POTC0003357-POTC0003358, POTC0002908-POTC0002909, and POTC0003529-POTC0003530.

- Tab 34 - *See* POTC00003285-POTC0003349, POTC0003451-POTC0003506, POTC0003566-POTC0003621, and POTC0003622-POTC0003675.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

---

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs AstraZeneca AB,
Aktiebolaget Hässle, KBI-E Inc., KBI Inc., and
AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC 20006
(202) 835-7500

July 26, 2007
990356

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on July 26, 2007 upon the following in the manner indicated:

### BY HAND & E-MAIL

Richard D. Kirk (rkirk@bayardfirm.com)
Ashley B. Stitzer (astitzer@bayardfirm.com)
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899

### BY FEDERAL EXPRESS & E-MAIL

Robert F. Green (rgreen@leydig.com)
David M. Airan (dairan@leydig.com)
Saumil S. Mehta (smehta@leydig.com)
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601


/s/ Leslie A. Polizoti
Leslie A. Polizoti (#4299)