IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>KBI-E INC., KBI INC., and<br>ASTRAZENECA LP,<br><br>             Plaintiffs,<br><br>   v.<br><br>DEXCEL LTD., DEXXON LTD.,<br>DEXCEL PHARMA TECHNOLOGIES,<br>LTD., and CIPLA, LTD.<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 06-358 (SLR) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Supplemental Response to Dexcel Pharma Technologies Ltd.'s Third Set of Interrogatories Relating to the Merits (No. 9)* were caused to be served on July 27, 2007, upon the following counsel:

### BY E-MAIL

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

Edgar H. Haug
FROMMER, LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs AstraZeneca AB,
Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and
AstraZeneca LP*

OF COUNSEL:

Errol B. Taylor
Robert J. Koch
Jay I. Alexander
Enrique D. Longton
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street NW
Washington, DC 20006
(202) 835-7500

July 27, 2007
545823

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard D. Kirk.

I further certify that I caused to be served copies of the foregoing document on July 27, 2007 upon the following in the manner indicated:

### BY E-MAIL

Richard D. Kirk
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Robert F. Green
David M. Airan
Saumil S. Mehta
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL  60601

Edgar H. Haug
FROMMER, LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@mnat.com