# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

August 6, 2007

The Honorable Sue L. Robinson                                 **BY E-FILING**
U.S. District Court for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:    *AstraZeneca AB, et al. v. Dexcel, Ltd. et al.*, C.A. No. 06-358 (SLR)

Dear Judge Robinson:

We write in response to Dexcel's letter of today. We surprised to see Dexcel's letter complaining about the "unfortunate lack of progress in completing" discovery in light of discussions between the parties that have been ongoing for several weeks about possible resolution of this matter.

In addition, at the June 28 conference, Dexcel told the Court that the Cipla samples would be shipped two days later, so that AstraZeneca would have them early in the week of July 2. In fact, those samples were not received until Friday, July 13. Because of that delay, AstraZeneca was not able to complete its testing in time for the July 27 exchange of contention interrogatory responses.

Dexcel also contends for the first time in this letter that it has not identified a witness from Andrx because it does not intend to rely upon certain documents that Andrx provided to Dexcel or Cipla. Dexcel still should identify a witness at Andrx in the event AstraZeneca decides to pursue third party discovery.

Thursday, Dexcel further complains that AstraZeneca has not yet accepted a date for the 30(b)(6) deposition of Dexcel. Dexcel only offered its proffered dates of July 30, 31 and today on Thursday, July 26, however. AstraZeneca will take that deposition once Dexcel has complied with its other discovery obligations.

Respectfully,

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)

/cbh
cc:    Clerk of the Court (by hand)
       Richard D. Kirk, Esquire (by email and hand)
       Robert F. Green, Esquire (by email)
       Edgar H. Haug, Esquire (by email)
       Robert J. Koch, Esquire (by email)

1153028