IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA AB, | ) | |
| AKTIEBOLAGET HÄSSLE, | ) | |
| KBI-E, INC., KBI INC., and | ) | |
| ASTRAZENECA LP, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-358 (SLR) |
| | ) | |
| DEXCEL LTD., DEXXON LTD., | ) | **FILED UNDER SEAL** |
| DEXCEL PHARMA TECHNOLOGIES | ) | |
| LTD., and CIPLA, LTD., | ) | |
| Defendants. | ) | |

**DEXCEL PHARMA TECHNOLOGIES LTD.'S
MOTION FOR LEAVE TO FILE AN AMENDED ANSWER
TO THE AMENDED COMPLAINT AND COUNTERCLAIMS**

August 10, 2007

THE BAYARD FIRM

*/s/ Richard D. Kirk (rk0922)*
Richard D. Kirk (#922)
Ashley B. Stitzer (#3891
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

*Attorneys for Defendants*

OF COUNSEL:

Robert F. Green
David M. Airan
Saumil S. Mehta
Caryn C. Borg-Breen
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5000

Edgar H. Haug
John Molenda
FROMMER LAWRENCE & HAUG, LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Michael F. Brockmeyer
Elizabeth A. Leff
FROMMER LAWRENCE & HAUG, LLP
1667 K Street, NW
Washington, D.C. 20006
(202) 292-1530

**THIS DOCUMENT WAS FILED UNDER SEAL**

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 10, 2007, she electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that, on August 10, 2007, copies of the foregoing document were sent by email and hand to the above local counsel and by email and first class mail to the following non-registered participant:

Errol B. Taylor, Esq.
Robert J. Koch, Esq.
Jay I. Alexander, Esq.
Enrique D. Longton, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW
Washington, DC 20006

/s/ Ashley B. Stitzer (as3891)
Ashley B. Stitzer

627464-1