IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, ) | |
| AKTIEBOLAGET HÄSSLE, ) | |
| KBI-E, INC., KBI INC., and ) | |
| ASTRAZENECA LP, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 06-358 (SLR) |
| ) | |
| DEXCEL LTD., DEXXON LTD., ) | |
| DEXCEL PHARMA TECHNOLOGIES ) | |
| LTD., and CIPLA, LTD., ) | |
| Defendants. ) | |

**NOTICE OF NO OPPOSITION TO MOTION FOR LEAVE TO FILE AMENDED ANSWER TO THE AMENDED COMPLAINT AND COUNTERCLAIMS (D.I. 156)**

PLEASE TAKE NOTICE that on August 24, 2007, plaintiffs filed a response (D.I. 157) to defendant Dexcel Pharma Technologies Ltd.'s Motion for Leave to File an Amended Answer to the Amended Complaint and Counterclaims (D.I. 156). Plaintiffs' response states that plaintiffs do not oppose the motion. Accordingly, Dexcel respectfully requests that the Court promptly issue the form of Order attached to the motion (D.I. 156).

| | |
|---|---|
| August 28, 2007 | THE BAYARD FIRM |
| | |
| OF COUNSEL: | /s/ Richard D. Kirk (rk0922) |
| Robert F. Green, Esquire | Richard D. Kirk (#922) |
| David M. Airan, Esquire | Ashley B. Stitzer (#3891) |
| Saumil S. Mehta, Esquire | 222 Delaware Avenue, Suite 900 |
| Leydig, Voit & Mayer | Wilmington, DE 19899-5130 |
| Two Prudential Plaza | (302) 655-5000 |
| 180 N. Stetson Avenue, Suite 4900 | Counsel for Defendants |
| Chicago, IL 60601 | |
| (312) 616-5000 | |
| | |
| Edgar H. Haug, Esquire | Michael F. Brockmeyer, Esquire |
| Dillon Kim, Esquire | Elizabeth A. Leff, Esquire |
| Frommer Lawrence & Haug LLP | Frommer Lawrence & Haug LLP |
| 745 Fifth Avenue | 1667 K Street, NW |
| New York, NY 10151 | Washington, D.C. 20006 |
| (212) 588-0800 | (202) 292-1530 |

653721-1