IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, <br> AKTIEBOLAGET HÄSSLE, <br> KBI-E, INC., KBI INC., and <br> ASTRAZENECA LP, <br>           Plaintiffs, <br><br> v. <br><br> DEXCEL LTD., DEXXON LTD., <br> DEXCEL PHARMA TECHNOLOGIES <br> LTD., and CIPLA, LTD., <br>           Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-358 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING LEAVE TO FILE AN AMENDED ANSWER
TO THE AMENDED COMPLAINT AND COUNTERCLAIMS**

Upon consideration of the Motion for Leave to File an Amended Answer to the Amended Complaint and Counterclaims (the "Motion") filed by Dexcel Pharma Technologies Ltd. on August 10, 2007, IT IS HEREBY ORDERED that the Motion is GRANTED.

SO ORDERED this ___30th___ day of ___August___, 2007.

_____
United States District Judge

667168-1