IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E, INC., KBI, INC. and ASTRAZENECA LP,<br><br>    Plaintiffs,<br><br>v.<br><br>DEXCEL LTD., DEXXON LTD., DEXCEL PHARMA TECHNOLOGIES LTD. and CIPLA, LTD.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-358 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF
## INGVAR YMÉN

TO:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Errol B. Taylor, Esquire |
| Karen Jacobs Louden, Esquire | Robert J. Koch, Esquire |
| Morris, Nichols, Arsht & Tunnell | Jay I. Alexander, Esquire |
| 1201 North Market Street | Milbank, Tweed, Hadley & McCloy L.L.P. |
| P.O. Box 1347 | 1825 Eye Street, NW, Suite 1100 |
| Wilmington, DE 19899 | Washington, DC 20006 |

      PLEASE TAKE NOTICE that defendants Dexcel Pharma Technologies, Ltd., *et al*., will take the deposition pursuant to Fed.R.Civ.P. 30 of Ingvar Ymén at Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New York, New York 10151, commencing on September 27, 2007, at 9:00 am, or at such other place and time as may be agreed upon by counsel, and continuing from day to day thereafter until completed. The deposition will be recorded stenographically and may be videotaped. One or more of defendants' counsel may appear telephonically.

You are invited to attend and cross examine.

September 19, 2007                                   THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
Wilmington, DE  19899-5130
(302) 655-5000
Counsel for Defendants

OF COUNSEL:
Robert F. Green, Esquire
David M. Airan, Esquire
Saumil S. Mehta, Esquire
Caryn C. Borg-Breen, Esquire
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5000

Edgar H. Haug, Esquire
Dillon Kim, Esquire
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

Michael F. Brockmeyer, Esquire
Elizabeth A. Leff, Esquire
Frommer Lawrence & Haug LLP
1667 K Street, NW
Washington, D.C. 20006
(202) 292-1530

`

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on September 19, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Jack B. Blumenfeld, Esq.
Karen Jacobs Louden, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

The undersigned counsel further certifies that, on September 19, 2007, copies of the foregoing document were sent by email to the above local counsel and to the following non-registered participants, and on September 20, 2007 will be sent by hand to the above counsel and by U.S. Mail to counsel listed below:

Errol B. Taylor, Esq.
Robert J. Koch, Esq.
Jay I. Alexander, Esq.
Enrique D. Longton, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street NW
Washington, DC 20006

/s/ Richard D. Kirk (rk922)
Richard D. Kirk