IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTRAZENECA AB,                              )
AKTIEBOLAGET HÄSSLE,                         )
KBI-E INC., KBI INC., and                    )
ASTRAZENECA LP,                              )
                                             )
                Plaintiffs,                  )
                                             )
        v.                                   )        C.A. No. 06-358 (JJF)
                                             )
DEXCEL LTD., DEXXON LTD.,                    )
DEXCEL PHARMA TECHNOLOGIES                   )
LTD., and CIPLA, LTD.                        )
                                             )
                Defendants.                  )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants, through their respective counsel, pursuant to their
Settlement Agreement dated September 27, 2007 (the "Agreement"), HEREBY STIPULATE
AND AGREE to the dismissal of this action with prejudice, subject to the provisions, terms, and
conditions of the Agreement.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          THE BAYARD FIRM

*/s/ Jack B. Blumenfeld*                       */s/ Richard D. Kirk*
Jack B. Blumenfeld (#1014)                     Richard D. Kirk (#922)
Karen Jacobs Louden (#2881)                    Ashley B. Stitzer (#3891)
1201 North Market Street                       222 Delaware Avenue
P.O. Box 1347                                  Suite 900
Wilmington, DE 19899-1347                      Wilmington, DE 19899-5130
(302) 658-9200                                 (302) 655-5000
jblumenfeld@mnat.com                           rkirk@bayardfirm.com
klouden@mnat.com                               astitzer@bayardfirm.com

*Attorneys for Plaintiffs*                     *Attorneys for Defendants*

*Of Counsel:*
Errol B. Taylor
Robert J. Koch
John M. Griem, Jr.
Enrique D. Longton
MILBANK, TWEED, HADLEY
  & McCLOY LLP
1850 K Street NW
Washington, DC  20006
(202) 835-7500

*Of Counsel:*
Robert F. Green
David M. Airan
Saumil S. Mehta
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL  60601
(312) 616-5000

Edgar H. Haug
Dillon Kim
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151
(212) 588-0800

SO ORDERED:

Dated: September ___, 2007

_____
Joseph F. Farnan, Jr.
UNITED STATES DISTRICT JUDGE