IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTRAZENECA AB,                            )
AKTIEBOLAGET HÄSSLE,                        )
KBI-E INC., KBI INC., and                  )
ASTRAZENECA LP,                            )
                                           )
                    Plaintiffs,            )
                                           )
            v.                             )      C.A. No. 06-358 (JJF)
                                           )
DEXCEL LTD., DEXXON LTD.,                   )
DEXCEL PHARMA TECHNOLOGIES                 )
LTD., and CIPLA, LTD.                      )
                                           )
                    Defendants.            )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants, through their respective counsel, pursuant to their

Settlement Agreement dated September 27, 2007 (the "Agreement"), HEREBY STIPULATE

AND AGREE to the dismissal of this action with prejudice, subject to the provisions, terms, and

conditions of the Agreement.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          THE BAYARD FIRM

*/s/ Jack B. Blumenfeld*                       */s/ Richard D. Kirk*
Jack B. Blumenfeld (#1014)                    Richard D. Kirk (#922)
Karen Jacobs Louden (#2881)                   Ashley B. Stitzer (#3891)
1201 North Market Street                      222 Delaware Avenue
P.O. Box 1347                                 Suite 900
Wilmington, DE  19899-1347                    Wilmington, DE  19899-5130
(302) 658-9200                                (302) 655-5000
jblumenfeld@mnat.com                          rkirk@bayardfirm.com
klouden@mnat.com                              astitzer@bayardfirm.com

*Attorneys for Plaintiffs*                     *Attorneys for Defendants*


RECEIVED
OCT - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Of Counsel:*
Errol B. Taylor
Robert J. Koch
John M. Griem, Jr.
Enrique D. Longton
MILBANK, TWEED, HADLEY
  & McCLOY LLP
1850 K Street NW
Washington, DC 20006
(202) 835-7500

*Of Counsel:*
Robert F. Green
David M. Airan
Saumil S. Mehta
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601
(312) 616-5000

Edgar H. Haug
Dillon Kim
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

SO ORDERED:

Dated: ~~September~~ OCTOBER 2, 2007

Joseph F. Farnan, Jr.
UNITED STATES DISTRICT JUDGE

2