AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X  Patents or  ☐ Trademarks:

| DOCKET NO.<br>06cv358 | DATE FILED<br>5/30/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>AstraZeneca AB, et al. | | DEFENDANT<br>Dexcel Ltd., et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,150,380 | 11/21/00 | Astra Aktiebolag |
| 2 | 4,786,505 | 11/22/88 | Aktiebolaget Hassle |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above —entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| SEE STIPULATION OF DISMISSALL - Attached |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>10/2/2007 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Case 1:06-cv-00358-JJF    Document 168-2    Filed 10/02/2007    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, KBI-E INC., KBI INC., and ASTRAZENECA LP, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCEL LTD., DEXXON LTD., DEXCEL PHARMA TECHNOLOGIES LTD., and CIPLA, LTD. <br><br> Defendants. | C.A. No. 06-358 (JJF) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants, through their respective counsel, pursuant to their Settlement Agreement dated September 27, 2007 (the "Agreement"), HEREBY STIPULATE AND AGREE to the dismissal of this action with prejudice, subject to the provisions, terms, and conditions of the Agreement.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | THE BAYARD FIRM |
| /s/ Jack B. Blumenfeld | /s/ Richard D. Kirk |
| Jack B. Blumenfeld (#1014) <br> Karen Jacobs Louden (#2881) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> klouden@mnat.com | Richard D. Kirk (#922) <br> Ashley B. Stitzer (#3891) <br> 222 Delaware Avenue <br> Suite 900 <br> Wilmington, DE 19899-5130 <br> (302) 655-5000 <br> rkirk@bayardfirm.com <br> astitzer@bayardfirm.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |



RECEIVED
OCT -1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<div style="display: flex;">

*Of Counsel:*
Errol B. Taylor
Robert J. Koch
John M. Griem, Jr.
Enrique D. Longton
MILBANK, TWEED, HADLEY
  & MCCLOY LLP
1850 K Street NW
Washington, DC 20006
(202) 835-7500

*Of Counsel:*
Robert F. Green
David M. Airan
Saumil S. Mehta
LEYDIG, VOIT & MAYER
Two Prudential Plaza
180 N. Stetson Avenue
Suite 4900
Chicago, IL 60601
(312) 616-5000

Edgar H. Haug
Dillon Kim
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0800

</div>

SO ORDERED:

Dated: ~~September~~ OCTOBER 2, 2007

_____
Joseph F. Farnan, Jr.
UNITED STATES DISTRICT JUDGE